| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
iCore Midco, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
13-4182867

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 529 E. Crown Point Rd., Suite 250<br>Ocoee, FL 34761 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Orange | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
_____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **iCore Midco, Inc.**    Case number (*if known*) _____
_____Name_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

■ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  **iCore Midco, Inc.**    Case number (*if known*)
_____Name_____

| | | |
|---|---|---|
| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No<br>■ Yes. |

List all cases. If more than 1, attach a separate list

Debtor **iCoreConnect, Inc.**    Relationship **Affiliate**

District **Middle District of Florida, Orlando Division**    When _____    Case number, if known _____

| | | |
|---|---|---|
| 11. | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>            Contact name _____<br>            Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| 13. | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| | | | | |
|---|---|---|---|---|
| 14. | **Estimated number of creditors** | ☐ 1-49<br>☐ 50-99<br>■ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **iCore Midco, Inc.**  
Name

Case number (*if known*)

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | iCore Midco, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/02/2025
              MM / DD / YYYY

X _____   **Archit Shah**
Signature of authorized representative of debtor   Printed name

Title   **Treasurer**

---

**18. Signature of attorney**

X   /s/ Amy Denton Mayer                                Date   6.2.2025
Signature of attorney for debtor                              MM / DD / YYYY

**Amy Denton Mayer**
Printed name

**Stichter, Riedel, Blain & Postler, P.A.**
Firm name

**110 E. Madison St.
Suite 200
Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   813-229-0144          Email address   amayer@srbp.com

**0634506 FL**
Bar number and State

---

Official Form 201   Voluntary Petition for Non-Individuals Filing for Bankruptcy   page 4

```
Adecco Employment Services
Dept CH 14091
Palatine, IL 60055-4091

Alabama Revenue Department
PO Box 327790
Montgomery, AL 36132-7540

Alpha IR Group
1 South Wacker, Suite 2110
Chicago, IL 60606

Altus Receivable Management
2121 Airline Drive, Suite 520
Metairie, LA 70001

ArentFoxSchiff
233 W Wacker Dr, Ste 7100
Chicago, IL 60606

Arizona Department of Revenue
PO BOX 29085
Phoenix, AZ 85038

Axiom
500 Craig Rd., Suite 101
Manalapan, NJ 07726

AzDA Services
3193 N Drinkwater Blvd
Scottsdale, AZ 85251

Barry A. Blass Consulting, LLC
1555 Granville Drive
Winter Park, FL 32789

Blake Strozyk
7013 Holly Grove Ct.
Stallings, NC 28104

Bluleadz, Inc.
201 N Franklin St.Suite 1850
Tampa, FL 33602

Boyer Building Corp
PO Box 8
Polk City, FL 33868

Breanne Holt
30034 Donnington Loop
```

Mount Dora, FL 32757

Broadridge
PO Box 416423
Boston, MA 02241

Building Everyone's Success Together for
2300 E 3rd Loop, Suite 100
Vancouver, WA 98661

Bureau of Workers Compensation
PO Box 89492
Cleveland, OH 44101-6492

Burr & Forman LLP
200 South Orange Avenue, Suite 800
Orlando, FL 32801

Business Wire, Inc.
101 California Street, 20th Floor
San Francisco, CA 94111

Cabarrus County Tax Collector
PO Box 70765 Church Streets
Concord, NC 28026-0707

California Association of Orthodontists
15621 W 87th St #267
Lenexa, KS 66219

California Dental Association
1201 K Street, 14th Floor
Sacramento, CA 95814

California Techical Media
801 S Olive St, PH07
Los Angeles CA 90014 US

CE Computech LLC
1 Meddowlands Plaza, Suite 200
East Rutherford, NJ 07073

CG Capital
309 E Paces Ferry Rd. NE, Ste 400
Atlanta, GA 30305

Change Healthcare (Envoy)
1655 Murfreesboro Pike, Suite D
Nashville, TN 37217

CNA
PO BOX 74007619
Chicago, IL 60674-7619

Coing Inc.
2100 Geng Road, #210
Palo Alto, CA 94303

Colorado Dental Association
8301 E Prentice Ave Ste 400
Greenwood Village, CO 80111-2906

Continental Stock Transfer & Trust
One State Street Plaza, 30th Floor
New York, NY 10004

CSC
P.O. BOX 7410023
Chicago, IL 60674-5023

Databook Analytics
2044W Andalusian Trail
Phoenix, AZ 85085

David Poparad CPA PA
1705 Edgewater Drive, #540311
Orlando, FL 32854

Delaware State Dental Society
892 Eichele Road
Perkimenville, PA 18074

Discount Edgar
125 Wolf Rd Ste 100
Albany, NY 12205

Donohoe Advisors
9801 Washingtonian Blvd, Suite 340
Gaithersburg, MD 20878

EDD State of California
PO Box 989151 West
Sacramento, CA 95798

Edison Information Technologies, LLC
PO Box  554
Milan, OH 44846-0554

Equifax
P.O. Box 71221

Charlotte, NC 28272-1221

Executive Counsel PLC
2883 Macao Drive
Herndon, VA 20171

FINRA
PO Box 418911
Boston, MA 02241

Florida Dental Association
545 John Knox Road, Suite 200
Tallahassee, FL 32303

Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0125

Four Two Nine Inc.
P.O. Box 429
Polk City, FL 33868

G2 Capital Advisors, LLC
420 Boylston Street, Suite 302
Boston, MA 02116

Georgia Dental Association
1850 Parkway Place, Ste 420
Marietta, GA 30067

Georgia Department of Revenue
PO Box 105678
Atlanta, GA 30348-5678

Hubspot, Inc.
PO Box 419842
Boston, MA 02241-9842

iDeals
815 N Royal St, Ste 202
Alexandria, VA 22314

Illinois Dental News
3100 Montvale Drive
Springfield, IL 62704

Illinois State Dental Society
3100 Montvale Drive
Springfield, IL 62704

IPFS Corporation
125 S. Wacker Drive Suite 1650
Chicago, IL 60606

IRS - United States Treasury
PO Box 219690
Kansas City, MO 64121-9690

IssuerDirect
One Glenwood Ave, Suite 1001
Raleigh, NC 27603

Journal of the LDA (Louisiana Dental Ass
8789 Line Avenue
Shreveport, LA 71106

JSJD Media, LLC dba Association Revenue
500 N Central Expy Suite 231
Plano, TX 75074

Kansas Dental Association
5200 SW Huntoon
Topeka, KS 66604

Kentucky Department of Revenue
Frankfort, KY 40620-0021

LaunchPay, LLC
225 S Broadway
Denver, CO 80209

Los Arcos Professional Center
14415 North 73rd St., Ste 100
Scottsdale, AZ 85260

Louisiana Dental Services
5637 Bankers Ave.
Baton Rouge, LA 70808

Louisiana Department of Revenue
PO Box 201
Baton Rouge, LA 70821-0201

Maine Medical Association
PO Box 190
Manchester, ME 04351

Map Communications-Your Answering Servic
PO Box 95117
Chicago, IL 60694-5117

Maryland State Dental Association
8901A Herrmann Drive
Columbia, MD 21045

Medcurity, Inc..
2008 Johannsen Rd
Spokane, WA 99208

Mediant Communications Inc.
P.O. Box 75185
Chicago, IL 60675-5185

Medlearn Media
5874 Backshire Path, #13
innter Gove Heights, MN 55076

Michigan Dental Association
3657 Okemos Rd
Okemos, MI 48864

Michigan Department of Treasury
PO Box 30199
Lansing, MI 48909-7699

Modis
Lockbox:Dept CH 10682
Palatine, IL 60055

Montana Dental Association
PO Box 1154
Helena, MT 59624

Naylor LLC (Oregon DA Ad)
PO Box 677251
Dallas, TX 75267-7251

NC Services for Dentistry
1600 Evans Rd
Cary, NC 27513

Nebraska Dental Association
7160 South 29th Street1
Lincoln, NE 68516

Nelson Mullins
PO Box 11070
Columbia, SC 29211

New York State Dental Association

20 Corporate Woods Blvd, Suite #602
Albany, NY 12211

NewCrop, LLC
9055 Soquel Dr. #H
Aptos, CA 95003

NextStep Strategies dba fiCFO & CFOx & C
300 Beach Drive  NE, #2503
Saint Petersburg, FL 33701

North Carolina Dental Association
1600 Evans Road
Cary, NC 27513

North Carolina Dental Society Gazette
1600 Evans Road
Cary, NC 27513

North Carolina Services for Dentistry, I
1600 Evans Road
Cary, NC 27513

NYSDA Support Services, Inc.
20 Corporate Woods Blvd.Suite 602
Albany, NY 12211

Oklahoma Dental Association
317 NE 13th St.
Oklahoma City, OK 73104-2835

Oregon Dental Association
8699 SW Sun Place
Wilsonville, OR 97070-9611

Otava, LLC
PO Box 3261
Indianapolis, IN 46206

Pacific Stock Transfer Company
6725 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Patterson Dental Supply, Inc.
1031 Mendota Heights Road
Mendota Heights, MN 55120

Pennsylvania Dental Association
3501 North Front St., PO Box 3341
Harrisburg, PA 17105

```
Pennsylvania Enterprise Resource Corpora
3501 N. Front Street
Harrisburg, PA 17110

PIGI Solutions LLC
30 Fuller Road
Needham, MA 02492

PIGI Solutions, LLC
c/o Tamposi Law Group
159 Main St.
Nashua, NH 03060

Plan Management Corp
1001 Conshohocken State Rd., Suite 205
Conshohocken, PA 19428

Plante Moran
10 S Riverside Plaza, 9th Floor
Chicago, IL 60606

QuataPath
2803 Manor Rd
Austin, TX 78722

Robert Half
301 East Pine St., Suite 200
Orlando, FL 32801

Robert McDermott
4205 Clarice Court
Windermere, FL 34786

Ruberry Stalmack & Garvey LLC
300 South Wacker Drive, Suite 3250
Chicago, IL 60606

Security Metrics Inc
1275 West 1600 North
Orem, UT 84057

Sessions Fishman Nathan & Israel LLC
400 Pnydras Street, Suite 2550
New Orleans, LA 70130

Sichenzia Ross Ference Carmel
1185 Avenue of the Americas, 31st Fl
New York, NY 10036
```

Snyderburn, Rishoi & Swann LLP
1920 N. Orange Avenue, Ste 200
Orlando, FL 32804

SolarWinds North America, In-DBA Pingdom
7171 Southwest Pkwy, Bldg 400
Austin, TX 78735

South Carolina DA Member Benefit Group
120 Stonemark Lane
Columbia, SC 29210

South Carolina Dental Association
120 Stonemark Lane
Columbia, SC 29210

South Carolina Dept of Revenue
PO Box 2535
Columbia, SC 29202-2535

Spectrum
PO Box 7195
Pasadena, CA 91109-7195

State of Delaware
PO Box 5509
Binghamton, NY 13902-5509

TD Synnex Corp
P.O. Box 742093
Los Angeles, CA 90074-2093

The 20, LLC
6600 Chase Oaks Blvd, Suite 100
Plano, TX 75023

Timothy Eichholz
123 East Riverside Street
Williamston, MI 48895

Vajram Technologies
India

Virginia Dental Association`
3460 Mayland Court, Suite 110
Henrico, VA 23233

Vyne Dental
100 Ashford Center North, Suite 300
Dunwoody, GA 30338

```
Wallero Technologies, Inc.
1621 114th Ave., SE, Suite 213
Bellevue, WA 98004

Washington State Dental Association
126 NW Canal Street #300
Seattle, WA 98107

Wyoming Medical Society
PO Box 4009
Cheyenne, WY 82003

Zoominfo
805 Broadway Street, Suite 900
Vancouver, WA 98660
```