| Fill in this information to identify the case: | |
|---|---|
| Debtor name | iCore Midco Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION |
| Case number (if known): | 6:25-bk-3391-GER |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| NewCrop, LLC<br>9055 Soquel Dr. #H<br>Aptos, CA 95003 | | | | | | $564,728.50 |
| Wallero Technologies, Inc.<br>1621 114th Ave., SE, Suite 213<br>Bellevue, WA 98004 | | | | | | $365,750.00 |
| California Dental Association<br>1201 K Street, 14th Floor<br>Sacramento, CA 95814 | | | | | | $105,113.60 |
| Centri Business Consulting, LLC<br>PO Box 7112,<br>Lancaster, PA 17604 | | | | | | $82,200.00 |
| Otava, LLC<br>PO Box 3261<br>Indianapolis, IN 46206 | | | | | | $68,882.18 |
| Burr & Forman LLP<br>200 South Orange Avenue, Suite 800<br>Orlando, FL 32801 | | | | | | $65,311.13 |
| IRS - United States Treasury<br>PO Box 219690<br>Kansas City, MO 64121-9690 | | | | | | $58,493.63 |
| Alpha IR Group<br>1 South Wacker, Suite 2110<br>Chicago, IL 60606 | | | | | | $50,000.00 |
| Arizona Department of Revenue<br>PO BOX 29085<br>Phoenix, AZ 85038 | | | | | | $46,718.13 |
| Broadridge<br>PO Box 416423<br>Boston, MA 02241 | | | | | | $44,337.49 |
| AP & Partners<br>2nd Floor, Block A-2A<br>The MIRA Plot-1&2, Ishwar Nagar<br>Mathura Road, New Delhi 10065<br>INDIA | | | | | | $38,025.00 |

Debtor **iCore Midco Inc.**
Name

Case number *(if known)* **6:25-bk-3391-GER**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arent Fox Schiff**<br>**233 W Wacker Dr, Ste 7100**<br>**Chicago, IL 60606** | | | | | | $34,937.87 |
| **Patterson Dental Supply, Inc.**<br>**1031 Mendota Heights Road**<br>**Mendota Heights, MN 55120** | | | | | | $34,605.15 |
| **North Carolina Department of Revenue**<br>**P.O. Box 1168**<br>**Raleigh, NC 27602-1168** | | | | | | $34,155.69 |
| **Axiom**<br>**500 Craig Rd., Suite 101**<br>**Manalapan, NJ 07726** | | | | | | $29,485.00 |
| **Continental Stock Transfer & Trust**<br>**One State Street Plaza, 30th Floor**<br>**New York, NY 10004** | | | | | | $28,945.86 |
| **Pacific Stock Transfer Company**<br>**6725 Via Austi Parkway, Suite 300**<br>**Las Vegas, NV 89119** | | | | | | $28,800.80 |
| **Nelson Mullins**<br>**PO Box 11070**<br>**Columbia, SC 29211** | | | | | | $26,121.37 |
| **Change Healthcare (Envoy)**<br>**1655 Murfreesboro Pike, Suite D**<br>**Nashville, TN 37217** | | | | | | $25,132.76 |
| **Ellenoff Grossman & Schole LLP**<br>**1345 Avenue of the Americas, 11th Fl.,**<br>**New York, NY 10105** | | | | | | $25,000.00 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | iCore Midco Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION |
| Case number (if known) | 6:25-bk-3391-GER |

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/10/2025      X _____
                              Signature of individual signing on behalf of debtor

                              **Archit Shah**
                              Printed name

                              **Treasurer**
                              Position or relationship to debtor