| Fill in this information to identify the case: |
| --- |

Debtor name   **iCore Midco Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)   **6:25-bk-3391-GER**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*........................................................................... $      0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................ $      2,739,066.98

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*......................................................................... $      2,739,066.98

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      4,854,966.31

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $      183,018.76

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$      2,452,016.06

4.  **Total liabilities** ..........................................................................................
    Lines 2 + 3a + 3b | $      7,490,001.13 |

**Fill in this information to identify the case:**

Debtor name __**iCore Midco Inc.**__

United States Bankruptcy Court for the:  __MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION__

Case number (if known) __**6:25-bk-3391-GER**__

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. **PNC Bank** | **Deposits** | 2027 | $437,133.45 |
| 3.2. **PNC Bank - actual account balance is (130,141.04)** | **Payables** | 4845 | $0.00 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | **$437,133.45** |

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. **Prepaids** | $243,510.81 |
|---|---|

Debtor  **iCore Midco Inc.**_____    Case number *(If known)*  **6:25-bk-3391-GER**
          Name

9.  **Total of Part 2.**                                          | $243,510.81 |
    Add lines 7 through 8. Copy the total to line 81.

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.   **Accounts receivable**

      11a. 90 days old or less:     **717,456.89**   -   **144,000.00** = ....     **$573,456.89**
                                   face amount           doubtful or uncollectible accounts

12.   **Total of Part 3.**                                        | $573,456.89 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Office furniture, fixtures, and equipment** | **$35,214.21** | **Net Book Value** | **Undetermined** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Software** | **$124,701.25** | **Net Book Value** | **Undetermined** |

Debtor    **iCore Midco Inc.**
_____    Case number *(If known)*  **6:25-bk-3391-GER**
          Name

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                      | $0.00
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Leasehold improvements** | | $9,119.67 | | $0.00 |

56.    **Total of Part 9.**                                                      | $0.00
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.

Debtor    **iCore Midco Inc.**    Case number *(If known)*    **6:25-bk-3391-GER**
         Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Software (internally generated), intellectual property, and customer relationships** | **$107,944.30** | **Net Book Value** | **Undetermined** |
| **Fictitious name "iCoreConnect Inc."** | **$0.00** | | **$0.00** |
| 65. **Goodwill** **Goodwill** | **$1,484,965.83** | **Net Book Value** | **$1,484,965.83** |

66. **Total of Part 10.**    
Add lines 60 through 65. Copy the total to line 89.    **$1,484,965.83**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**  **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |

Debtor    **iCore Midco Inc.**                                     Case number *(If known)*  **6:25-bk-3391-GER**
               Name

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **See Schedule G** | **$0.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | **$0.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **iCore Midco Inc.**
          _____          Case number *(If known)*  **6:25-bk-3391-GER**
          Name

<table>
<tr><td colspan="2" style="background:black;color:white">Part 12:</td><td>**Summary**</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $437,133.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $243,510.81 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $573,456.89 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,484,965.83 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,739,066.98 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,739,066.98 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>iCore Midco Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION</td></tr>
<tr><td>Case number (if known)</td><td><strong>6:25-bk-3391-GER</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim _Do not deduct the value of collateral._ | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

### 2.1 Element SAAS Finance (USA), Inc.
Creditor's Name

**122 E. Houston St., Ste. 105**
**San Antonio, TX 78205**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,855,219.31**          **Undetermined**

### 2.2 PIGI Solutions, LLC
Creditor's Name

**30 Fuller Road**
**Needham, MA 02492**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**All assets**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

**$2,999,747.00**          **Undetermined**

| Debtor | **iCore Midco Inc.** | | Case number (if known) | **6:25-bk-3391-GER** |
|---|---|---|---|---|
| | Name | | | |

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$4,854,966.31**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Howard M. Levine, Esq.**<br>**1000 SW Broadway, Suite 1400**<br>**Portland, OR 97205** | Line  **2.1** | |
| **PIGI Solutions, LLC**<br>**c/o Tamposi Law Group**<br>**159 Main St.**<br>**Nashua, NH 03060** | Line  **2.2** | |

**Fill in this information to identify the case:**

Debtor name __**iCore Midco Inc.**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION__

Case number (if known) __**6:25-bk-3391-GER**__

☐ Check if this is an
     amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** | Priority creditor's name and mailing address<br>**Alabama Revenue Department**<br>**PO Box 327790**<br>**Montgomery, AL 36132-7540** | $690.99 | $690.99 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.2** | Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**PO BOX 29085**<br>**Phoenix, AZ 85038** | $46,718.13 | $46,718.13 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **iCore Midco Inc.** | | Case number (if known) | **6:25-bk-3391-GER** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.42 | $33.42 |
|---|---|---|---|---|

**Cabarrus County Tax Collector**
**PO Box 70765 Church Streets**
**Concord, NC 28026-0707**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $500.00 |
|---|---|---|---|---|

**Connecticut Department of**
**Revenue**
**P.O. Box 150406**
**Hartford, CT 06115-0406**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 | $100.00 |
|---|---|---|---|---|

**Florida Department of Revenue**
**5050 W Tennessee St**
**Tallahassee, FL 32399-0125**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30.00 | $30.00 |
|---|---|---|---|---|

**Georgia Department of Revenue**
**PO Box 105678**
**Atlanta, GA 30348-5678**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | iCore Midco Inc. | | Case number (if known) | 6:25-bk-3391-GER |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $58,493.63 | $58,493.63 |
|---|---|---|---|---|
| | **IRS - United States Treasury<br>PO Box 219690<br>Kansas City, MO 64121-9690** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $350.00 | $350.00 |
|---|---|---|---|---|
| | **Kentucky Department of Revenue**<br><br>**Frankfort, KY 40620-0021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $172.87 | $172.87 |
|---|---|---|---|---|
| | **Louisiana Department of Revenue<br>PO Box 201<br>Baton Rouge, LA 70821-0201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,039.06 | $4,039.06 |
|---|---|---|---|---|
| | **Maryland Department of Revenue<br>110 Carroll St.<br>Annapolis, MD 21401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | iCore Midco Inc. | Case number (if known) | **6:25-bk-3391-GER** |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address
**Michigan Department of Treasury**
**PO Box 30199**
**Lansing, MI 48909-7699**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$14,322.53**    **$14,322.53**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address
**New York Department of Taxation**
**Bankruptcy Section**
**P.O. Box 5300**
**Albany, NY 12205-0300**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,327.63**    **$4,327.63**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address
**North Carolina Department of**
**Revenue**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$34,155.69**    **$34,155.69**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address
**Oklahoma Department of Revenue**
**P.O. Box 26890**
**Oklahoma City, OK 73126-0890**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Undetermined**    **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | iCore Midco Inc. | Case number (if known) | 6:25-bk-3391-GER |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,184.19 | $16,184.19 |
|---|---|---|---|---|
| | **South Carolina Dept of Revenue**<br>**PO Box 2535**<br>**Columbia, SC 29202-2535** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,900.62 | $2,900.62 |
|---|---|---|---|---|
| | **State of Delaware**<br>**PO Box 5509**<br>**Binghamton, NY 13902-5509** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,805.39 |
|---|---|---|---|
| | **Adecco Employment Services**<br>**Dept CH 14091**<br>**Palatine, IL 60055-4091** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $397,500.00 |
|---|---|---|---|
| | **Agile Capital Funding**<br>**244 Madison Ave, Suite 168**<br>**New York, NY 10016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|
| | **Alpha IR Group**<br>**1 South Wacker, Suite 2110**<br>**Chicago, IL 60606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| Debtor | **iCore Midco Inc.** | Case number (if known) | **6:25-bk-3391-GER** |
| --- | --- | --- | --- |
| | Name | | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$952.60** |
| --- | --- | --- | --- |
| | **Altus Receivable Management**<br>**2121 Airline Drive, Suite 520**<br>**Metairie, LA 70001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,025.00** |
| --- | --- | --- | --- |
| | **AP & Partners**<br>**2nd Floor, Block A-2A**<br>**The MIRA Plot-1&2, Ishwar Nagar**<br>**Mathura Road, New Delhi 10065**<br>**INDIA** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,937.87** |
| --- | --- | --- | --- |
| | **Arent Fox Schiff**<br>**233 W Wacker Dr, Ste 7100**<br>**Chicago, IL 60606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |
| --- | --- | --- | --- |
| | **Availity**<br>**5555 Gate Pkwy, Ste 110,**<br>**Jacksonville, FL 32256** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,485.00** |
| --- | --- | --- | --- |
| | **Axiom**<br>**500 Craig Rd., Suite 101**<br>**Manalapan, NJ 07726** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,393.60** |
| --- | --- | --- | --- |
| | **AzDA Services**<br>**3193 N Drinkwater Blvd**<br>**Scottsdale, AZ 85251** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$875.00** |
| --- | --- | --- | --- |
| | **Barry A. Blass Consulting, LLC**<br>**1555 Granville Drive**<br>**Winter Park, FL 32789** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **iCore Midco Inc.**                                    Case number (if known)  **6:25-bk-3391-GER**
        _____                                                      _____
        Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $319.20 |
|---|---|---|---|

**Blake Strozyk**
**529 E. Crown Point Rd., Suite 250**
**Ocoee, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Blueadz, Inc.**
**201 N Franklin St.Suite 1850**
**Tampa, FL 33602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,489.61 |
|---|---|---|---|

**Boyer Building Corp**
**PO Box 8**
**Polk City, FL 33868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,067.50 |
|---|---|---|---|

**Breanne Holt**
**30034 Donnington Loop**
**Mount Dora, FL 32757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,337.49 |
|---|---|---|---|

**Broadridge**
**PO Box 416423**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,536.30 |
|---|---|---|---|

**Building Everyone's Success Together for**
**323 NE Birch Street, Suite 200**
**Camas, WA 98607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23.00 |
|---|---|---|---|

**Bureau of Workers Compensation**
**PO Box 89492**
**Cleveland, OH 44101-6492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **iCore Midco Inc.** | Case number (if known) | **6:25-bk-3391-GER** |
|---|---|---|---|

Name

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$65,311.13** |
|---|---|---|---|

**Burr & Forman LLP**
**200 South Orange Avenue, Suite 800**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,350.00** |
|---|---|---|---|

**Business Wire, Inc.**
**101 California Street, 20th Floor**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00** |
|---|---|---|---|

**California Association of Orthodontists**
**15621 W 87th St #267**
**Lenexa, KS 66219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$105,113.60** |
|---|---|---|---|

**California Dental Association**
**1201 K Street, 14th Floor**
**Sacramento, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**California Techical Media**
**801 S Olive St, PH07**
**Los Angeles CA 90014 US**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,900.00** |
|---|---|---|---|

**CE Computech LLC**
**1 Meddowlands Plaza, Suite 200**
**East Rutherford, NJ 07073**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$82,200.00** |
|---|---|---|---|

**Centri Business Consulting, LLC**
**PO Box 7112,**
**Lancaster, PA 17604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **iCore Midco Inc.** | Case number (if known) | **6:25-bk-3391-GER** |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,150.00**

**CG Capital**
**309 E Paces Ferry Rd. NE, Ste 400**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,132.76**

**Change Healthcare (Envoy)**
**1655 Murfreesboro Pike, Suite D**
**Nashville, TN 37217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$136.02**

**CNA**
**PO BOX 74007619**
**Chicago, IL 60674-7619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59.94**

**Coing Inc.**
**2100 Geng Road, #210**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,505.55**

**Colorado Dental Association**
**8301 E Prentice Ave Ste 400**
**Greenwood Village, CO 80111-2906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,945.86**

**Continental Stock Transfer & Trust**
**One State Street Plaza, 30th Floor**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,600.00**

**Convina**
**10808 S River Front Parkway, 3056**
**South Jordan, UT 84095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **iCore Midco Inc.** | Case number (if known) | **6:25-bk-3391-GER** |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address
**CSC**
**P.O. BOX 7410023**
**Chicago, IL 60674-5023**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$112.25**

---

**3.33** | Nonpriority creditor's name and mailing address
**Databook Analytics**
**2044W Andalusian Trail**
**Phoenix, AZ 85085**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,700.00**

---

**3.34** | Nonpriority creditor's name and mailing address
**David Poparad CPA PA**
**1705 Edgewater Drive, #540311**
**Orlando, FL 32854**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,237.00**

---

**3.35** | Nonpriority creditor's name and mailing address
**Delaware State Dental Society**
**892 Eichele Road**
**Perkimenville, PA 18074**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$40.50**

---

**3.36** | Nonpriority creditor's name and mailing address
**DentalXchangeCom**
**2010 Main Street, Suite 750**
**Irvine, CA 92614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,850.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**Discount Edgar**
**125 Wolf Rd Ste 100**
**Albany, NY 12205**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,989.00**

---

**3.38** | Nonpriority creditor's name and mailing address
**Donohoe Advisors**
**9801 Washingtonian Blvd, Suite 340**
**Gaithersburg, MD 20878**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,500.00**

---

| Debtor | **iCore Midco Inc.** | | Case number (if known) | **6:25-bk-3391-GER** |
|---|---|---|---|---|
| | Name | | | |

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,565.34**

**EDD State of California**
**PO Box 989151 West**
**Sacramento, CA 95798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$299.28**

**Edison Information Technologies, LLC**
**PO Box  554**
**Milan, OH 44846-0554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00**

**Ellenoff Grossman & Schole LLP**
**1345 Avenue of the Americas,**
**11th Fl.,**
**New York, NY 10105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,839.64**

**Equifax**
**P.O. Box 71221**
**Charlotte, NC 28272-1221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,255.00**

**Executive Counsel PLC**
**2883 Macao Drive**
**Herndon, VA 20171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00**

**FINRA**
**PO Box 418911**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,125.00**

**Florida Dental Association**
**545 John Knox Road, Suite 200**
**Tallahassee, FL 32303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **iCore Midco Inc.** | Case number (if known) | **6:25-bk-3391-GER** |
|---|---|---|---|

**3.46**

Nonpriority creditor's name and mailing address

**Florida Department of State**
**PO Box 6327**
**Tallahassee, FL 32314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.47**

Nonpriority creditor's name and mailing address

**Four Two Nine Inc.**
**P.O. Box 429**
**Polk City, FL 33868**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**Undetermined**

---

**3.48**

Nonpriority creditor's name and mailing address

**G2 Capital Advisors, LLC**
**420 Boylston Street, Suite 302**
**Boston, MA 02116**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.49**

Nonpriority creditor's name and mailing address

**Georgia Dental Association**
**1850 Parkway Place, Ste 420**
**Marietta, GA 30067**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,188.00**

---

**3.50**

Nonpriority creditor's name and mailing address

**Hubspot, Inc.**
**PO Box 419842**
**Boston, MA 02241-9842**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$765.69**

---

**3.51**

Nonpriority creditor's name and mailing address

**iDeals**
**815 N Royal St, Ste 202**
**Alexandria, VA 22314**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$460.00**

---

**3.52**

Nonpriority creditor's name and mailing address

**Illinois Dental News**
**3100 Montvale Drive**
**Springfield, IL 62704**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,252.70**

---

| Debtor | **iCore Midco Inc.** | Case number (if known) | **6:25-bk-3391-GER** |
|---|---|---|---|

Name

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,326.30** |
|---|---|---|---|

**Illinois State Dental Society**
**3100 Montvale Drive**
**Springfield, IL 62704**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**IPFS Corporation**
**125 S. Wacker Drive Suite 1650**
**Chicago, IL 60606**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,854.62** |
|---|---|---|---|

**IssuerDirect**
**One Glenwood Ave, Suite 1001**
**Raleigh, NC 27603**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,724.00** |
|---|---|---|---|

**Journal of the LDA (Louisiana Dental Ass**
**8789 Line Avenue**
**Shreveport, LA 71106**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00** |
|---|---|---|---|

**JSJD Media, LLC dba Association Revenue**
**500 N Central Expy Suite 231**
**Plano, TX 75074**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,543.40** |
|---|---|---|---|

**Kansas Dental Association**
**5200 SW Huntoon**
**Topeka, KS 66604**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$21,377.04** |
|---|---|---|---|

**LaunchPay, LLC**
**225 S Broadway**
**Denver, CO 80209**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **iCore Midco Inc.** | Case number (if known) | **6:25-bk-3391-GER** |
|---|---|---|---|
| | Name | | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Los Arcos Professional Center**<br>**14415 North 73rd St., Ste 100**<br>**Scottsdale, AZ 85260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,846.90 |
|---|---|---|---|
| | **Louisiana Dental Services**<br>**5637 Bankers Ave.**<br>**Baton Rouge, LA 70808** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|
| | **Maine Medical Association**<br>**PO Box 190**<br>**Manchester, ME 04351** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.92 |
|---|---|---|---|
| | **Map Communications-Your Answering Servic**<br>**PO Box 95117**<br>**Chicago, IL 60694-5117** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,529.70 |
|---|---|---|---|
| | **Maryland State Dental Association**<br>**8901A Herrmann Drive**<br>**Columbia, MD 21045** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,662.85 |
|---|---|---|---|
| | **Medcurity, Inc..**<br>**2008 Johannsen Rd**<br>**Spokane, WA 99208** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,783.24 |
|---|---|---|---|
| | **Mediant Communications Inc.**<br>**P.O. Box 75185**<br>**Chicago, IL 60675-5185** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **iCore Midco Inc.** | Case number (if known) | **6:25-bk-3391-GER** |
|---|---|---|---|

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,100.00 |
|---|---|---|---|

**Medlearn Media**
**5874 Backshire Path, #13**
**innter Gove Heights, MN 55076**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,318.17 |
|---|---|---|---|

**Michigan Dental Association**
**3657 Okemos Rd**
**Okemos, MI 48864**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,400.00 |
|---|---|---|---|

**Modis**
**Lockbox:Dept CH 10682**
**Palatine, IL 60055**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,041.20 |
|---|---|---|---|

**Montana Dental Association**
**PO Box 1154**
**Helena, MT 59624**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,204.00 |
|---|---|---|---|

**Naylor LLC (Oregon DA Ad)**
**PO Box 677251**
**Dallas, TX 75267-7251**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,888.10 |
|---|---|---|---|

**NC Services for Dentistry**
**1600 Evans Rd**
**Cary, NC 27513**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,695.60 |
|---|---|---|---|

**Nebraska Dental Association**
**7160 South 29th Street1**
**Lincoln, NE 68516**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **iCore Midco Inc.**
_____
Name

Case number (if known) **6:25-bk-3391-GER**
_____

| | | | |
|---|---|---|---|
| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,121.37** |
| | **Nelson Mullins**<br>**PO Box 11070**<br>**Columbia, SC 29211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,302.50** |
| | **New York State Dental Association**<br>**20 Corporate Woods Blvd, Suite #602**<br>**Albany, NY 12211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$564,728.50** |
| | **NewCrop, LLC**<br>**9055 Soquel Dr. #H**<br>**Aptos, CA 95003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,850.00** |
| | **NextStep Strategies dba fiCFO & CFOx & C**<br>**300 Beach Drive  NE, #2503**<br>**Saint Petersburg, FL 33701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,930.60** |
| | **North Carolina Dental Association**<br>**1600 Evans Road**<br>**Cary, NC 27513** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,700.00** |
| | **North Carolina Dental Society Gazette**<br>**1600 Evans Road**<br>**Cary, NC 27513** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,327.60** |
| | **North Carolina Services for Dentistry, I**<br>**1600 Evans Road**<br>**Cary, NC 27513** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **iCore Midco Inc.** | | Case number (if known) | **6:25-bk-3391-GER** |
|---|---|---|---|---|
| | Name | | | |

---

**3.81** | **Nonpriority creditor's name and mailing address**
**NYSDA Support Services, Inc.**
20 Corporate Woods Blvd.Suite 602
Albany, NY 12211

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$501.30**

---

**3.82** | **Nonpriority creditor's name and mailing address**
**Oklahoma Dental Association**
317 NE 13th St.
Oklahoma City, OK 73104-2835

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$6,943.80**

---

**3.83** | **Nonpriority creditor's name and mailing address**
**Oregon Dental Association**
8699 SW Sun Place
Wilsonville, OR 97070-9611

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,229.50**

---

**3.84** | **Nonpriority creditor's name and mailing address**
**Otava, LLC**
PO Box 3261
Indianapolis, IN 46206

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$68,882.18**

---

**3.85** | **Nonpriority creditor's name and mailing address**
**Pacific Stock Transfer Company**
6725 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$28,800.80**

---

**3.86** | **Nonpriority creditor's name and mailing address**
**Patterson Dental Supply, Inc.**
1031 Mendota Heights Road
Mendota Heights, MN 55120

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$34,605.15**

---

**3.87** | **Nonpriority creditor's name and mailing address**
**Pennsylvania Dental Association**
3501 North Front St., PO Box 3341
Harrisburg, PA 17105

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$290.00**

---

| Debtor | **iCore Midco Inc.** | Case number (if known) | **6:25-bk-3391-GER** |
|---|---|---|---|
| | Name | | |

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,140.00**

**Pennsylvania Enterprise Resource Corpora**
**3501 N. Front Street**
**Harrisburg, PA 17110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,249.00**

**Plan Management Corp**
**1001 Conshohocken State Rd., Suite 205**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,528.25**

**Plante Moran**
**10 S Riverside Plaza, 9th Floor**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,250.00**

**QuataPath**
**2803 Manor Rd**
**Austin, TX 78722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,140.90**

**Robert Half**
**301 East Pine St., Suite 200**
**Orlando, FL 32801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Robert McDermott**
**8045 Whitford Ct.**
**Windermere, FL 34786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.94** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,385.00**

**Ruberry Stalmack & Garvey LLC**
**300 South Wacker Drive, Suite 3250**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | iCore Midco Inc. | Case number (if known) | 6:25-bk-3391-GER |
|---|---|---|---|
| | Name | | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,670.04 |
|---|---|---|---|

**Say Technologies LLC**
**85 Willow Road,**
**Menlo Park, CA 94025**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,678.12 |
|---|---|---|---|

**Security Metrics Inc**
**1275 West 1600 North**
**Orem, UT 84057**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,509.00 |
|---|---|---|---|

**Sessions Fishman Nathan & Israel LLC**
**400 Pnydras Street, Suite 2550**
**New Orleans, LA 70130**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Sichenzia Ross Ference Carmel**
**1185 Avenue of the Americas, 31st Fl**
**New York, NY 10036**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Snyderburn, Rishoi & Swann LLP**
**1920 N. Orange Avenue, Ste 200**
**Orlando, FL 32804**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.95 |
|---|---|---|---|

**SolarWinds North America, In-DBA Pingdom**
**7171 Southwest Pkwy, Bldg 400**
**Austin, TX 78735**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,052.35 |
|---|---|---|---|

**South Carolina DA Member Benefit Group**
**120 Stonemark Lane**
**Columbia, SC 29210**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | iCore Midco Inc. | | Case number (if known) | 6:25-bk-3391-GER |
|---|---|---|---|---|
| | Name | | | |

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,050.00** |
|---|---|---|---|
| | **South Carolina Dental Association**<br>**120 Stonemark Lane**<br>**Columbia, SC 29210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$459.96** |
|---|---|---|---|
| | **Spectrum**<br>**PO Box 7195**<br>**Pasadena, CA 91109-7195** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,548.39** |
|---|---|---|---|
| | **Superbill, Inc**<br>**580 California St, Ste 1200**<br>**San Francisco, CA 94104** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **TD Synnex Corp**<br>**P.O. Box 742093**<br>**Los Angeles, CA 90074-2093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,265.41** |
|---|---|---|---|
| | **The 20, LLC**<br>**6600 Chase Oaks Blvd, Suite 100**<br>**Plano, TX 75023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,000.00** |
|---|---|---|---|
| | **Theadso**<br>**1800 M St. NW 400S,**<br>**Washington, DC 20036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,475.00** |
|---|---|---|---|
| | **Timothy Eichholz**<br>**123 East Riverside Street**<br>**Williamston, MI 48895** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **iCore Midco Inc.** | | Case number (if known) | **6:25-bk-3391-GER** |
|---|---|---|---|---|
| | Name | | | |

---

**3.109** | Nonpriority creditor's name and mailing address

**Vajram Technologies**

**India**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$14,030.00**

---

**3.110** | Nonpriority creditor's name and mailing address

**Virginia Dental Association`**
**3460 Mayland Court, Suite 110**
**Henrico, VA 23233**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$6,100.00**

---

**3.111** | Nonpriority creditor's name and mailing address

**Vyne Dental**
**100 Ashford Center North, Suite 300**
**Dunwoody, GA 30338**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$18,395.83**

---

**3.112** | Nonpriority creditor's name and mailing address

**Wallero Technologies, Inc.**
**1621 114th Ave., SE, Suite 213**
**Bellevue, WA 98004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$365,750.00**

---

**3.113** | Nonpriority creditor's name and mailing address

**Washington State Dental Association**
**126 NW Canal Street #300**
**Seattle, WA 98107**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$3,148.20**

---

**3.114** | Nonpriority creditor's name and mailing address

**Wyoming Medical Society**
**PO Box 4009**
**Cheyenne, WY 82003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,400.00**

---

**3.115** | Nonpriority creditor's name and mailing address

**Zoominfo**
**805 Broadway Street, Suite 900**
**Vancouver, WA 98660**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,397.50**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **iCore Midco Inc.** | Case number (if known) | **6:25-bk-3391-GER** |
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:**     Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $      183,018.76 |
| **5b. Total claims from Part 2** | 5b.   + | $      2,452,016.06 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $      2,635,034.82 |

**Fill in this information to identify the case:**

Debtor name    **iCore Midco Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:25-bk-3391-GER**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Offer Letter** <br><br> State the term remaining <br><br> List the contract number of any government contract | <br><br><br><br> **Alexis Hoff** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Employment Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | <br><br><br><br> **Anthony Cowan** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Employment Agreement** <br><br> State the term remaining <br><br> List the contract number of any government contract | <br><br><br> **Archit Shah** <br> **11858 Aurelio Ln** <br> **Orlando, FL 32827-7135** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Offer Letter** <br><br> State the term remaining <br><br> List the contract number of any government contract | <br><br><br><br> **Aubri Jones** |

| Debtor 1 | iCore Midco Inc. | | | Case number *(if known)* | 6:25-bk-3391-GER |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Carly Camp** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Carly Garrison** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Chelsea Simpson** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Christopher Williams** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Cody Thomas** |

| Debtor 1 | iCore Midco Inc. | | | Case number *(if known)* | **6:25-bk-3391-GER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Agreement**

State the term remaining

List the contract number of any government contract

**Craig Haynor**

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Offer Letter**

State the term remaining

List the contract number of any government contract

**Cynthia Suarez**

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Offer Letter**

State the term remaining

List the contract number of any government contract

**Daniel Ibarra**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Agreement**

State the term remaining

List the contract number of any government contract

**David Fidanza**
**14031 79th Ave**
**Seminole, FL 33776-3318**

---

**2.14.** State what the contract or lease is for and the nature of the debtor's interest — **Employment Agreement**

State the term remaining

List the contract number of any government contract

**Donald Puterbaugh**

---

| Debtor 1 | iCore Midco Inc. | | | Case number *(if known)* | **6:25-bk-3391-GER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## ▪ Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Donna Lambert** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Emily Rauch** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Emma Bisson** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of premises located at 529 E. Crown Point Rd., Ocoee, Florida** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Four Two Nine Inc. P.O. Box 429 Polk City, FL 33868** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | **Frances Martinez** |

| Debtor 1 | iCore Midco Inc. | | | Case number (*if known*) | 6:25-bk-3391-GER |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Helen Lynn** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Helen Sublette** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Ian MacLean** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jacob Houck** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Jacob Weprin** |

| Debtor 1 | iCore Midco Inc. | | | Case number (*if known*) | **6:25-bk-3391-GER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jacqueline Johnson** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jared Medellin** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jeffrey Holt** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Jeffrey Stellinga** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **John Hebert** |

| Debtor 1 | iCore Midco Inc. | | | Case number *(if known)* | 6:25-bk-3391-GER |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Joshua Dawson** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kaitlyn Thompson** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kayla Gallegos** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kelly Velez** |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kiley McDermott** |

| Debtor 1 | iCore Midco Inc. | | | Case number *(if known)* | 6:25-bk-3391-GER |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Kristina Collins** |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **LaJuan Dariso** |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Leticia Thompson** |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lisa Adler** |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lisa Garrison** |

| Debtor 1 | **iCore Midco Inc.** | | | Case number (*if known*) | **6:25-bk-3391-GER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Liza Rivera** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lyndsey Tysiac** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mariana Atencio** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Marnie Arnason** |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Mary Bisson** |

| Debtor 1 | iCore Midco Inc. | | | Case number (*if known*) | **6:25-bk-3391-GER** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.45.**

State what the contract or lease is for and the nature of the debtor's interest — **Offer Letter**

State the term remaining

List the contract number of any government contract

**Matthew Masterson**

---

**2.46.**

State what the contract or lease is for and the nature of the debtor's interest — **Offer Letter**

State the term remaining

List the contract number of any government contract

**Maximilian Cano**

---

**2.47.**

State what the contract or lease is for and the nature of the debtor's interest — **Offer Letter**

State the term remaining

List the contract number of any government contract

**Meghan Litchfield**

---

**2.48.**

State what the contract or lease is for and the nature of the debtor's interest — **Offer Letter**

State the term remaining

List the contract number of any government contract

**Molly Thornton**

---

**2.49.**

State what the contract or lease is for and the nature of the debtor's interest — **Employment Agreement**

State the term remaining

List the contract number of any government contract

**Muralidar Chakravarthi**
**7324 Ella Lane**
**Windermere, FL 34786**

---

| Debtor 1 | **iCore Midco Inc.** | | Case number *(if known)* | **6:25-bk-3391-GER** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nelson Rich** |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Nicholas Hubert** |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Randi Valle** |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Robert McDermott**<br>**8045 Whitford Ct**<br>**Windermere, FL 34786** |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Ryan Morrison** |

| Debtor 1 | iCore Midco Inc. | | | Case number *(if known)* | 6:25-bk-3391-GER |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sahil Ahmed Munawar** |

| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Saskia Hoppe** |

| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Shevan James** |

| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Stephen Garrison** |

| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sugeiry Lara Medina** |

| Debtor 1 | iCore Midco Inc. | | | Case number *(if known)* | 6:25-bk-3391-GER |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Suresh Somwaru** |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Susan Logan** |

| 2.62. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sydnee Pico** |

| 2.63. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Taeylor Thompson** |

| 2.64. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tanner Sundwall** |

| Debtor 1 | iCore Midco Inc. | | | Case number *(if known)* | 6:25-bk-3391-GER |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Teresa Palmer** |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Timothy Miller** |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Employment Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Tracy Palmer** |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Voohitha Morampudi** |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Offer Letter** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Yesenia Vidaurreta** |

**Fill in this information to identify the case:**

Debtor name     **iCore Midco Inc.**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)     **6:25-bk-3391-GER**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                         12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **iCoreConnect Inc.** | **529 E. Crown Point Rd., Suite 250 Ocoee, FL 34761** | **Agile Capital Funding** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.2 | **iCoreConnect Inc.** | **529 E. Crown Point Rd., Suite 250 Ocoee, FL 34761** | **Element SAAS Finance (USA), Inc.** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **iCoreConnect Inc.** | **529 E. Crown Point Rd., Suite 250 Ocoee, FL 34761** | **PIGI Solutions, LLC** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **iCore Midco Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:25-bk-3391-GER**

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■    *Schedule H: Codebtors* (Official Form 206H)
- ■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐    Amended *Schedule*
- ☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 30, 2025            X _____    _____
                                              Signature of individual signing on behalf of debtor

                                              **Archit Shah**
                                              Printed name

                                              **Treasurer**
                                              Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name  **iCore Midco Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)  **6:25-bk-3391-GER**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2025** to **Filing Date** | ☐ Operating a business ■ Other  **Consolidated Gross Revenues** | **$3,565,690.00** |
| **For prior year:** From  **1/01/2024** to **12/31/2024** | ☐ Operating a business ■ Other  **Consolidated Gross Revenues** | **$10,746,466.00** |
| **For year before that:** From  **1/01/2023** to **12/31/2023** | ☐ Operating a business ■ Other  **Consolidated Gross Revenues** | **$8,153,409.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

| Debtor | **iCore Midco Inc.** | Case number *(if known)* | **6:25-bk-3391-GER** |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **iCore Midco, Inc. and iCoreConnect, Inc. vs PIGI Solutions, LLC and John Schneller**<br>**Case No.**<br>**6:25-cv-600-JSS-LHP** | | **US District Court**<br>**Middle District of Florida** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

**Part 4:    Certain Gifts and Charitable Contributions**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | iCore Midco Inc. | Case number (if known) | 6:25-bk-3391-GER |
|---|---|---|---|

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.** **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11.** **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Stichter, Riedel, Blain & Postler, P.A.**<br>**110 E. Madison St.**<br>**Suite 200**<br>**Tampa, FL 33602** | **Aggregate amount of attorney fees received on account of Debtor and related Debtor** | **June 2, 2025** | **$70,000.00** |
| | **Email or website address**<br>**amayer@srbp.com** | | | |
| | **Who made the payment, if not debtor?**<br>**Jeff Stellinga ($40,000.00), Robert McDermott ($15,000.00), and Carly Garrison ($15,000.00)** | | | |

**12.** **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13.** **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | iCore Midco Inc. | Case number *(if known)* | 6:25-bk-3391-GER |

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |

## Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **3554 West Orange County Club Dr. Suite 240 Winter Garden, FL 34787** | **October 2020 to January 2023** |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None
| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Debtor | iCore Midco Inc. | | Case number *(if known)* | 6:25-bk-3391-GER |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **iStorage**<br>**13440 W. Colonial Dr.**<br>**Winter Garden, FL 34787** | **Archit Shah and Jeffrey Stellinga** | **Marketing materials and misc. computer equipment** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **iCore Midco Inc.**                                              Case number *(if known)*  **6:25-bk-3391-GER**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Archit Shah** | **September 2021 to Present** |
| 26a.2.    **CBIZ**<br>**730 Third Ave., 11th Floor**<br>**New York, NY 10017** | **December 2021 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **CBIZ**<br>**730 Third Ave., 11th Floor**<br>**New York, NY 10017** | **December 2021 to Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Archit Shah** | |
| 26c.2.    **CBIZ**<br>**730 Third Ave., 11th Floor**<br>**New York, NY 10017** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

| Debtor | iCore Midco Inc. | Case number *(if known)* | 6:25-bk-3391-GER |
|---|---|---|---|

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **iCoreConnect Inc.** | **529 E. Crown Point Rd., Suite 250 Ocoee, FL 34761** | **Shareholder** | **100%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert McDermott** | **8045 Whitford Ct. Windermere, FL 34786** | **President** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Archit Shah** | **11858 Aurelio Lane Charlotte, NC 28270** | **Treasurer** | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **iCoreConnect, Inc.** | **EIN:  86-2462502** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name          **iCore Midco Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION

Case number (if known)    **6:25-bk-3391-GER**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      June 30, 2025

Signature of individual signing on behalf of the debtor

**Archit Shah**
Printed name

Position or relationship to debtor    **Treasurer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

**No. 3:  Payments to creditors within 90 days before filing.**

# Corporate Business Account Statement

ICORECONNECT INC
OPERATING ACCT

**For the period** 03/01/2025 to 03/31/2025
Account number: XX-XXXX-2027
Page 4 of 5

## Checks and Other Debits

### Funds Transfers Out

31 transactions for a total of $1,410,000.00

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 03/03 | 37,000.00 | Online Transfer To | 4845 | ICORECONNECT00163695 |
| 03/03 | 21,000.00 | Online Transfer To | 4845 | ICORECONNECT00163694 |
| 03/04 | 50,000.00 | Online Transfer To | 4845 | ICORECONNECT00058316 |
| 03/04 | 5,000.00 | Online Transfer To | 4845 | ICORECONNECT00058315 |
| 03/05 | 90,000.00 | Online Transfer To | 4845 | ICORECONNECT00054487 |
| 03/06 | 40,000.00 | Online Transfer To | 4845 | ICORECONNECT00053552 |
| 03/07 | 30,000.00 | Online Transfer To | 4845 | ICORECONNECT00078677 |
| 03/10 | 50,000.00 | Online Transfer To | 4845 | ICORECONNECT00129640 |
| 03/11 | 10,000.00 | Online Transfer To | 4845 | ICORECONNECT00051795 |
| 03/12 | 2,000.00 | Online Transfer To | 4845 | ICORECONNECT00053357 |
| 03/13 | 1,000.00 | Online Transfer To | 4845 | ICORECONNECT00052886 |
| 03/14 | 2,000.00 | Online Transfer To | 4845 | ICORECONNECT00090184 |
| 03/14 | 65,000.00 | Online Transfer To | 4845 | ICORECONNECT00090185 |
| 03/14 | 97,000.00 | Online Transfer To | 4845 | ICORECONNECT00090186 |
| 03/17 | 2,000.00 | Online Transfer To | 4845 | ICORECONNECT00133124 |
| 03/17 | 15,000.00 | Online Transfer To | 4845 | ICORECONNECT00133126 |
| 03/17 | 20,000.00 | Online Transfer To | 4845 | ICORECONNECT00133127 |
| 03/17 | 5,000.00 | Online Transfer To | 4845 | ICORECONNECT00133125 |
| 03/18 | 80,000.00 | Online Transfer To | 4845 | ICORECONNECT00051581 |
| 03/19 | 30,000.00 | Online Transfer To | 4845 | ICORECONNECT00052554 |
| 03/20 | 15,000.00 | Online Transfer To | 4845 | ICORECONNECT00053119 |
| 03/20 | 75,000.00 | Online Transfer To | 4845 | ICORECONNECT00053120 |
| 03/21 | 125,000.00 | Online Transfer To | 4845 | ICORECONNECT00074927 |
| 03/21 | 125,000.00 | Online Transfer To | 4845 | ICORECONNECT00074928 |
| 03/21 | 125,000.00 | Online Transfer To | 4845 | ICORECONNECT00074926 |
| 03/24 | 25,000.00 | Online Transfer To | 4845 | ICORECONNECT00127005 |
| 03/25 | 8,000.00 | Online Transfer To | 4845 | ICORECONNECT00050898 |
| 03/26 | 60,000.00 | Online Transfer To | 4845 | ICORECONNECT00052340 |
| 03/27 | 10,000.00 | Online Transfer To | 4845 | ICORECONNECT00052733 |
| 03/28 | 25,000.00 | Online Transfer To | 4845 | ICORECONNECT00078144 |
| 03/31 | 165,000.00 | Online Transfer To | 4845 | ICORECONNECT00149218 |

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**   04/01/2025  to  04/30/2025
Account number:  XX-XXXX-2027

## Checks and Other Debits

### ACH Debits

**1 transaction for a total of $1,950.50**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/15 | 1,950.50 | Corporate ACH Lp-Resdeb<br>Launchpay, Llc Icoreconnect | 00025104905910006 |

### Funds Transfers Out

**19 transactions for a total of $1,594,700.00**

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 04/03 | 175,000.00 | Online Transfer To | 4845 | ICORECONNECT00059281 |
| 04/04 | 59,000.00 | Online Transfer To | 4845 | ICORECONNECT00078067 |
| 04/07 | 20,000.00 | Online Transfer To | 4845 | ICORECONNECT00133058 |
| 04/09 | 25,000.00 | Online Transfer To | 4845 | ICORECONNECT00054046 |
| 04/09 | 15,000.00 | Online Transfer To | 4845 | ICORECONNECT00054045 |
| 04/09 | 100,000.00 | Online Transfer To | 4845 | ICORECONNECT00054047 |
| 04/10 | 40,000.00 | Online Transfer To | 4845 | ICORECONNECT00055284 |
| 04/11 | 40,000.00 | Online Transfer To | 4845 | ICORECONNECT00079552 |
| 04/14 | 50,000.00 | Online Transfer To | 4845 | ICORECONNECT00137322 |
| 04/15 | 350,000.00 | Online Transfer To | 4845 | ICORECONNECT00069243 |
| 04/16 | 30,000.00 | Online Transfer To | 4845 | ICORECONNECT00057554 |
| 04/17 | 15,000.00 | Online Transfer To | 4845 | ICORECONNECT00055348 |
| 04/18 | 44,000.00 | Online Transfer To | 4845 | ICORECONNECT00072539 |
| 04/21 | 11,700.00 | Online Transfer To | 4845 | ICORECONNECT00119131 |
| 04/22 | 15,000.00 | Online Transfer To | 4845 | ICORECONNECT00051492 |
| 04/23 | 50,000.00 | Online Transfer To | 4845 | ICORECONNECT00051761 |
| 04/24 | 155,000.00 | Online Transfer To | 4845 | ICORECONNECT00051290 |
| 04/25 | 50,000.00 | Online Transfer To | 4845 | ICORECONNECT00076240 |
| 04/29 | 350,000.00 | Online Transfer To | 4845 | ICORECONNECT00051766 |

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period** 04/01/2025 to 04/30/2025
Account number: XX-XXXX-2027
Page 5 of 5

---

## Checks and Other Debits *- continued*

| Other Debits | | 1 transaction for a total of $343.24 | |
|---|---|---|---|
| Date posted | Amount | Transaction description | Reference number |
| 04/30 | 343.24 | Corporate Account Analysis Charge | 0000000000000010404 |

Member FDIC        Equal Housing Lender

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**   05/01/2025  to  05/30/2025
Account number:  XX-XXXX-2027
Page 4 of 4

## Checks and Other Debits

### ACH Debits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| | | **1 transaction for a total of $2,286.31** | |
| 05/22 | 2,286.31 | Corporate ACH Lp-Debits | 00025141903290696 |
| | | Launchpay, Llc Icoreconnect | |

### Funds Transfers Out

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| | | **16 transactions for a total of $923,200.00** | |
| 05/01 | 50,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00072805 |
| 05/02 | 75,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00082999 |
| 05/05 | 20,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00137013 |
| 05/06 | 100,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00054264 |
| 05/07 | 150,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00050362 |
| 05/09 | 50,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00076877 |
| 05/09 | 50,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00076876 |
| 05/12 | 20,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00126848 |
| 05/13 | 35,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00052559 |
| 05/15 | 4,200.00 | Online Transfer To ████ 4845 | ICORECONNECT00063775 |
| 05/15 | 100,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00063776 |
| 05/16 | 128,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00075824 |
| 05/21 | 50,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00052433 |
| 05/22 | 40,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00052067 |
| 05/23 | 39,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00076316 |
| 05/28 | 12,000.00 | Online Transfer To ████ 4845 | ICORECONNECT00058688 |

### Other Debits

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| | | **4 transactions for a total of $754.32** | |
| 05/02 | 201.35 | Cashiers Check Legal | CCK0001527277 |
| 05/02 | 100.00 | Legal Processing Fee | IMT0001527374 |
| 05/09 | 132.22 | Cashiers Check Legal | CCK0001530057 |
| 05/30 | 320.75 | Corporate Account Analysis Charge | 0000000000000010228 |

# Corporate Business Account Statement

ICORECONNECT INC
PAYABLES ACCOUNT

**For the period**    03/01/2025  to  03/31/2025
Account number:  XX-XXXX-4845
Page 2 of 10

## Checks and Other Debits

### Checks and Substitute Checks                    2 transactions for a total of $4,000.00

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|
| 03/11 | 3209 | 1,500.00 | 012374903 | 03/13 | 3210 | 2,500.00 | 014225016 |

### ACH Debits                    17 transactions for a total of $296,212.03

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/03 | 2,325.54 | ACH Settlement Payments Icoreconnectp | 00025062908380810 |
| 03/03 | 853.02 | Corporate ACH Prem-Pymt CNA ACH 3040503926 | 00025059906427690 |
| 03/04 | 10,000.00 | ACH Settlement Payments Icoreconnectp | 00025063913539742 |

ACH Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC
PAYABLES ACCOUNT

**For the period**   03/01/2025  to  03/31/2025
Account number:  XX-XXXX-4845
Page 3 of 10

---

## Checks and Other Debits - *continued*

### ACH Debits   - *continued*

**17 transactions for a total of $296,212.03**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/05 | 3,275.00 | ACH Settlement Payments Icoreconnectp | 00025064908669382 |
| 03/05 | 500.00 | Corporate ACH Online Pmt Capital One 42Xdrguobxrsn2K | 00025063912342421 |
| 03/06 | 468.75 | ACH Settlement Payments Icoreconnectp | 00025065912630216 |
| 03/11 | 39,717.90 | ACH Settlement Payments Icoreconnectp | 00025070906229026 |
| 03/11 | 791.41 | ACH Web 8882362409 Lease Services 582322913 | 00025069911089080 |
| 03/12 | 3,500.00 | ACH Web Bill Pymnt Achma Visb 1543031 | 00025070903151317 |
| 03/17 | 5,700.78 | ACH Settlement Payments Icoreconnectp | 00025076915625310 |
| 03/19 | 1,275.00 | Corporate ACH J2466 Ooff Bhavsar Law Grou Cz10000D95Qyc | 00025078900192912 |
| 03/21 | 13,275.00 | ACH Settlement Payments Icoreconnectp | 00025080912223795 |
| 03/24 | 130,028.30 | Corporate ACH Ipfspmtokc Ipfs866-412-2565 517233 | 00025080911566998 |
| 03/24 | 3,229.63 | Corporate ACH Payments Verizon Wireless 032271205300001 | 00025083902855589 |
| 03/26 | 48,509.75 | ACH Settlement Payments Icoreconnectp | 00025085906358944 |
| 03/28 | 27,000.00 | Corporate ACH 441781 Advantage Platfo | 00025086909660915 |
| 03/28 | 5,761.95 | Corporate ACH J2475 Rcur Hubspot Inc. Cz10000Dgtp4C | 00025087900702926 |

---

### Funds Transfers Out

**20 transactions for a total of $1,006,183.95**

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 03/03 | 34,000.00 | Domestic Assist Wire Resources | Coadvantage | WPA3373348AGI32D0 |
| 03/03 | 2,530.00 | Domestic Assist Wire | Vaideeswaran | W2533G47293O36EPA |
| 03/03 | 14,030.00 | Domestic Assist Wire Technologies | Vajram | W2533G47294124S0U |
| 03/04 | 33,000.00 | Domestic Assist Wire Inc | Charles Schwab Co. | WPA34A580618I11AO |
| 03/05 | 19,964.00 | Domestic Assist Wire Lending | 1800 Diagonal | W2535G29433H14MAA |
| 03/05 | 64,702.94 | Domestic Assist Wire Resources | Coadvantage | WPA35C0055PEH2OV8 |
| 03/06 | 38,000.00 | Domestic Assist Wire Resources | Coadvantage | WPA36F2709DNH2NML |
| 03/07 | 27,429.79 | Domestic Assist Wire Resources | Coadvantage | WPA37A5420QNI3SYG |
| 03/14 | 64,253.72 | Domestic Assist Wire Resources | Coadvantage | WPA3EC53107FI35U8 |
| 03/14 | 95,363.35 | Domestic Assist Wire Resources | Coadvantage | WPA3EE5208PRH5780 |
| 03/17 | 34,106.11 | Domestic Assist Wire | Otava Llc | W253HG13435YE49L1 |
| 03/18 | 78,770.37 | Domestic Assist Wire Resources | Coadvantage | WPA3IE1850PGX14Z0 |
| 03/20 | 16,744.00 | Domestic Assist Wire Lending | 1800 Diagonal | W253KI5259LKF53DB |

Funds Transfers Out continued on next page

# Corporate Business Account Statement

ICORECONNECT INC
PAYABLES ACCOUNT

For the period    03/01/2025  to  03/31/2025
Account number:  XX-XXXX-4845
Page 4 of 10

## Checks and Other Debits - *continued*

### Funds Transfers Out    - *continued*

**20 transactions for a total of $1,006,183.95**

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 03/20 | 21,269.74 | Domestic Assist Wire Resources | Coadvantage | WPA3KG2904PZW2BMG |
| 03/20 | 71,232.00 | Domestic Assist Wire Lending | 1800 Diagonal | W253KL5223GIE13S3 |
| 03/21 | 122,800.36 | Domestic Assist Wire Resources | Coadvantage | WPA3LA501180Y4RZ8 |
| 03/21 | 15,000.00 | Domestic Assist Wire Assoc | Donahoe Advisory | W253LF2329CMF5UH4 |
| 03/24 | 75,000.00 | Domestic Assist Wire Group | Marcum Advisory | W253OI35269WE3JSJ |
| 03/25 | 16,690.87 | Domestic Assist Wire | Otava Llc | W253PK0029QDF4IDC |
| 03/31 | 161,296.70 | Domestic Assist Wire Resources | Coadvantage | WPA3VB3211O3X4ZNY |

### Other Debits

**122 transactions for a total of $97,804.64**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/03 | 57.86 | 7954 Debit Card Purchase Tst* The Whole Enchila<br>Winter Gard Fl | 27768860062627954061 |
| 03/03 | 9.52 | 7954 Debit Card Purchase Tst*Axum Coffee - 146<br>Winter Gard Fl | 27772860062627954061 |
| 03/03 | 284.00 | 7954 Debit Card Purchase Bonefish 7072<br>Winter Gard Fl | 27769860062627954061 |
| 03/03 | 96.00 | 7954 Recurring Debit Card Docker, Inc.<br>Docker.Com Ca | 27770860062627954061 |
| 03/03 | 38.13 | 7954 Debit Card Purchase Cilantro Indian Restau<br>Winter Gard Fl | 27773860062627954061 |
| 03/03 | 116.10 | 7954 Recurring Debit Card Google *Gsuite_verifi<br>cc@google.c Ca | 27771860062627954061 |
| 03/03 | 25.51 | 7954 Debit Card Purchase Amazon web services<br>aws.amazon. Wa | 71119860062627954062 |
| 03/04 | 235.00 | 7954 Recurring Debit Card Intuit *Qbooks Online<br>CI.Intuit.C Ca | 24151860062627954063 |
| 03/04 | 122.33 | 7954 Debit Card Purchase Dnh*Godaddy#3609977365<br>480-5058855 Az | 24150860062627954063 |
| 03/04 | 96.00 | 7954 Recurring Debit Card Smartsheet Inc.<br>Smartsheet. Wa | 24153860062627954063 |
| 03/04 | 50.00 | 7954 Recurring Debit Card Retool<br>Retool.Com | 24148860062627954063 |
| 03/04 | 35.03 | 7954 Recurring Debit Card Slack T701Fht0W<br>Slack.Com Ca | 24146860062627954063 |
| 03/04 | 409.00 | 7954 Debit Card Purchase Newmediawire Icoreconn<br>Newmediawir Ca | 24149860062627954063 |

Other Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC
PAYABLES ACCOUNT

**For the period**    03/01/2025  to  03/31/2025
Account number:  XX-XXXX-4845
Page 5 of 10

---

## Checks and Other Debits - *continued*

### Other Debits   - *continued*

**122 transactions for a total of $97,804.64**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/04 | 220.00 | 7954 Recurring Debit Card Calendly Calendly.Co | 24154860062627954063 |
| 03/04 | 40.00 | 7954 Recurring Debit Card Dealstream Pro<br>Dealstream. Ma | 24152860062627954063 |
| 03/04 | 113.20 | 7954 Recurring Debit Card Atlassian Atlassian. | 24147860062627954063 |
| 03/05 | 516.46 | 7954 Debit Card Purchase Dentalxchange.Com<br>877-9322567 Ca | 42292860062627954064 |
| 03/05 | 1,798.00 | 7954 Debit Card Purchase Equisolve Ir Pr Web<br>954-3906060 Fl | 42293860062627954064 |
| 03/05 | 499.00 | 7954 Recurring Debit Card Cardpointe Shop<br>King Of Pru PA | 42294860062627954064 |
| 03/05 | 7,415.90 | 7954 Recurring Debit Card Msft * E0100Vet7P<br>Bill.Ms.Net Wa | 42295860062627954064 |
| 03/05 | 95.31 | 7954 Recurring Debit Card Sinch Mailgun<br>Mailgun.Com Tx | 42296860062627954064 |
| 03/05 | 223.08 | 7954 Recurring Debit Card Keap.Com 8668000004 A<br>Keap.Com Az | 42291860062627954064 |
| 03/05 | 62.50 | 7954 Debit Card Purchase Microsoft#G081060934<br>Microsoft.C Wa | 42290860062627954064 |
| 03/06 | 99.00 | 7954 Recurring Debit Card Intuit *Qbooks Online<br>Cl.Intuit.C Ca | 66472860062627954065 |
| 03/06 | 229.98 | 7954 Recurring Debit Card Spectrum  855-7077328 | 66473860062627954065 |
| 03/06 | 330.00 | 7957 Debit Card Purchase Wave - *Tau Dental Sem<br>215-2922100 Fl | 45804860002887957065 |
| 03/07 | 1,195.81 | 7954 Recurring Debit Card Ringcentral Inc.<br>888-8984591 Ca | 95521860062627954066 |
| 03/07 | 99.00 | 7954 Recurring Debit Card Intuit *Qbooks Online<br>Cl.Intuit.C Ca | 95517860062627954066 |
| 03/07 | 499.00 | 7954 Recurring Debit Card Cardpointe Shop<br>King Of Pru PA | 95518860062627954066 |
| 03/07 | 1,436.00 | 7954 Debit Card Purchase De* Discount Edgar<br>Www.Discoun NY | 95520860062627954066 |
| 03/07 | 107.99 | 7954 Recurring Debit Card Mezmo.Com Mezmo.Com | 95519860062627954066 |
| 03/10 | 1,900.07 | 7954 Recurring Debit Card Twilio Inc Twilio.Co | 33002860062627954068 |
| 03/10 | 424.20 | 7954 Debit Card Purchase Carieras Fresh Italian<br>Winter Gard Fl | 33010860062627954068 |

Other Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC
PAYABLES ACCOUNT

**For the period**   03/01/2025  to  03/31/2025
Account number:  XX-XXXX-4845
Page 6 of 10

---

## Checks and Other Debits - *continued*

**Other Debits**   - *continued*         **122 transactions for a total of $97,804.64**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/10 | 41.57 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 33006860062627954068 |
| 03/10 | 93.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 33004860062627954068 |
| 03/10 | 93.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 33007860062627954068 |
| 03/10 | 37.31 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 33003860062627954068 |
| 03/10 | 34.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 33000860062627954068 |
| 03/10 | 34.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 33009860062627954068 |
| 03/10 | 35.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 33011860062627954068 |
| 03/10 | 42.64 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 33008860062627954068 |
| 03/10 | 39.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 32999860062627954068 |
| 03/10 | 41.34 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 33005860062627954068 |
| 03/10 | 42.64 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 33012860062627954068 |
| 03/10 | 9,875.00 | 7954 Debit Card Purchase In *Bluleadz, Inc. 727-2147688 Fl | 33001860062627954068 |
| 03/11 | 207.87 | 7954 Debit Card Purchase Zoom.Com 888-799-966 San Jose Ca | 75127860062627954070 |
| 03/11 | 550.00 | 7954 Debit Card Purchase Wave - *Tau Dental Con 215-2922100 Fl | 75126860062627954070 |
| 03/11 | 96.00 | POS Purchase Google *Gsuite Mountain Vie Ca | POS64930886  0162073 |
| 03/12 | 372.15 | 7954 Debit Card Purchase Sslstore  727-3884240 | 28258860062627954071 |
| 03/12 | 6.29 | 7954 Debit Card Purchase Yearli.Com  616-574439 | 28256860062627954071 |
| 03/12 | 604.31 | 7954 Debit Card Purchase 4Overinternationalllc 818-2461170 Ca | 28260860062627954071 |
| 03/12 | 6,125.00 | 7954 Recurring Debit Card Open Dental Software 866-2390469 Or | 28255860062627954071 |
| 03/12 | 19.00 | 7954 Recurring Debit Card Chatbase Toronto CD | 28253860062627954071 |
| 03/12 | 671.70 | 7954 Debit Card Purchase Datadog, Inc. 866-3294466 NY | 28259860062627954071 |
| 03/12 | 250.00 | 7954 Debit Card Purchase Bhavsar Law Group PA Orlando Fl | 28257860062627954071 |

Other Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC
PAYABLES ACCOUNT

**For the period**    03/01/2025  to  03/31/2025
Account number:  XX-XXXX-4845
Page 7 of 10

---

## Checks and Other Debits - *continued*

**Other Debits**    *- continued*                    **122 transactions for a total of $97,804.64**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/12 | .57 | Intl Purch & Adv Fee  Vis 0311          CD | 28254860062627954071 |
| 03/13 | 38.25 | 7954 Debit Card Purchase Amazon.com*Ej4Wc94G3<br>Amzn.com/bi Wa | 50511860062627954072 |
| 03/13 | 30.00 | 7954 Recurring Debit Card Msft * E0200V8Elb<br>Msbill.Info Wa | 50510860062627954072 |
| 03/13 | 29.97 | 7954 Debit Card Purchase Msft * E0200V90Sr<br>Microsoft.C Wa | 50513860062627954072 |
| 03/13 | 4.00 | N0313 7954 Payment Msft * E0800Vk<br>Msbill.Info  Wa | POS02028181 0163308 |
| 03/13 | 6.00 | N0313 7954 Payment Msft * E0800Vk<br>Msbill.Info  Wa | POS02028181 0163309 |
| 03/13 | 75.00 | N0313 7954 Payment Msft * E0800Vk<br>Msbill.Info  Wa | POS02028181 0163310 |
| 03/13 | 460.00 | 7954 Debit Card Purchase Msft * E0800Vkkfu<br>Microsoft.C Wa | 50512860062627954072 |
| 03/14 | 25.00 | Overdraft Item Fee | 014225016 |
| 03/14 | 25.00 | Overdraft Item Fee | 50511860062627954072 |
| 03/14 | 18.99 | 7954 Recurring Debit Card Ccsi Efax  323-817320 | 71393860062627954073 |
| 03/14 | 18.99 | 7954 Recurring Debit Card Ccsi Efax  323-817320 | 71395860062627954073 |
| 03/14 | 137.49 | 7954 Recurring Debit Card Appointy.Com<br>Www.Appoint De | 71394860062627954073 |
| 03/17 | 29.81 | 7954 Debit Card Purchase Amazon.com*Vv91A4893<br>Amzn.com/bi Wa | 58438860062627954075 |
| 03/17 | 65.39 | 7954 Debit Card Purchase Tst*Urban On Plant Kit<br>Winter Gard Fl | 58436860062627954075 |
| 03/17 | 389.95 | 7954 Recurring Debit Card Dnh*Godaddy#364604128<br>480-5058855 Az | 58434860062627954075 |
| 03/17 | 60.00 | 7954 Recurring Debit Card Loom Subscription<br>Loom.Com Ca | 58435860062627954075 |
| 03/17 | 650.34 | 7954 Debit Card Purchase Sangoma US Inc<br>941-8889142 Fl | 58437860062627954075 |
| 03/17 | 805.58 | 7954 Recurring Debit Card Microsoft#G081863060<br>Msbill.Info Wa | 58432860062627954075 |
| 03/17 | 52.80 | 7954 Recurring Debit Card Atlassian Atlassian. | 58433860062627954075 |
| 03/17 | 330.00 | 7957 Recurring Debit Card Otter.Ai  Otter.Ai Ca | 93201860002887957076 |

Other Debits continued on next page

# Corporate Business Account Statement

| | |
|---|---|
| ICORECONNECT INC | **For the period**   03/01/2025  to  03/31/2025 |
| PAYABLES ACCOUNT | Account number:  XX-XXXX-4845 |
| | Page 8 of 10 |

## Checks and Other Debits - *continued*

### Other Debits   - *continued*

**122 transactions for a total of $97,804.64**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/17 | 9.56 | 7954 Debit Card Purchase Amazon Mktpl*Yv8P28Es3<br>Amzn.com/bi Wa | 11101860006262627954076 |
| 03/18 | 94.99 | 7954 Debit Card Purchase Zoom.Com 888-799-966<br>San Jose Ca | 51240860062627954077 |
| 03/19 | 450.03 | 7954 Recurring Debit Card Twilio Chmx8Zfd4Lgxxf<br>844-8144627 Ca | 45412860062627954078 |
| 03/19 | 41.38 | 7954 Recurring Debit Card Github, Inc.<br>Github.Com  Ca | 45411860062627954078 |
| 03/20 | 3,000.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 52290860062627954079 |
| 03/20 | 70.00 | 7954 Recurring Debit Card Monday.Com Www.Url.C | 52291860062627954079 |
| 03/20 | 4.49 | 7954 Recurring Debit Card Signature Hound<br>Kingston Au | 52292860062627954079 |
| 03/20 | 2,054.00 | 7954 Debit Card Purchase Henry Schein One, Llc<br>801-7639300 Ut | 52294860062627954079 |
| 03/20 | .13 | Intl Purch & Adv Fee  Vis 0319            Au | 52293860062627954079 |
| 03/21 | 75.00 | 7954 Recurring Debit Card Your Answering Servic<br>Paytrustnow VA | 01780860062627954080 |
| 03/21 | 20.00 | 7954 Recurring Debit Card Atlassian Atlassian. | 01778860062627954080 |
| 03/21 | 6,603.43 | 7954 Debit Card Purchase Amazon web services<br>aws.amazon. Wa | 01779860062627954080 |
| 03/24 | 625.00 | 7954 Debit Card Purchase Henry Schein One, Llc<br>801-7639300 Ut | 36752860062627954082 |
| 03/24 | 235.00 | 7954 Recurring Debit Card Intuit *Qbooks Online<br>Cl.Intuit.C Ca | 36751860062627954082 |
| 03/24 | 299.00 | 7954 Recurring Debit Card Rb2B Pro Www.Rb2B.Co | 36753860062627954082 |
| 03/24 | 41.71 | 7954 Debit Card Purchase UPS*1Z1E1T900391967279<br>800-8111648 Ga | 36756860062627954082 |
| 03/24 | 400.00 | 7954 Recurring Debit Card Zoho* Zoho-Desk<br>Www.Zoho.Co Ca | 36750860062627954082 |
| 03/24 | 88.49 | 7954 Recurring Debit Card Email Help@cloudhq.NE<br>Cloudhq.Net Ca | 36754860062627954082 |
| 03/24 | 11,879.67 | 7954 Recurring Debit Card Msft * E0100Vq1Yn<br>Bill.Ms.Net Wa | 36749860062627954082 |
| 03/24 | 37.38 | N0323 7954 Payment Msft * E0100Vp<br>Bill.Ms.Net  Wa | POS02028181  0361460 |

Other Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC
PAYABLES ACCOUNT

**For the period**   03/01/2025  to  03/31/2025
Account number:   XX-XXXX-4845
Page 9 of 10

---

## Checks and Other Debits - *continued*

**Other Debits**   *- continued*                     **122 transactions for a total of $97,804.64**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/24 | 29.00 | N0323 7954 Payment Msft * E0100Vq<br>Bill.Ms.Net Wa | POS02028181 0361461 |
| 03/24 | 2,665.00 | 7954 Debit Card Purchase Henry Schein One, Llc<br>801-7639300 Ut | 36755860006262627954082 |
| 03/25 | 20.22 | 7954 Debit Card Purchase Amazon.com*Hk4Xz6W83<br>Amzn.com/bi Wa | 42496860006262627954084 |
| 03/25 | 4,369.24 | 7954 Recurring Debit Card Microsoft#G081453977<br>Msbill.Info Wa | 42498860006262627954084 |
| 03/25 | 4,981.67 | 7954 Debit Card Purchase Velox Data Co.<br>Veloxdata.C Tx | 42494860006262627954084 |
| 03/25 | 45.95 | 7954 Debit Card Purchase Solarwinds  866-530810 | 42497860006262627954084 |
| 03/25 | 139.00 | 7954 Recurring Debit Card Betterteam.Com<br>Betterteam. De | 42495860006262627954084 |
| 03/26 | 3,667.54 | 7954 Debit Card Purchase Amazon web services<br>aws.amazon. Wa | 97141860006262627954085 |
| 03/26 | 75.00 | 7954 Recurring Debit Card Archbee.Com<br>Archbee.Com De | 97142860006262627954085 |
| 03/27 | 3,000.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 86803860006262627954086 |
| 03/27 | 300.00 | 7954 Recurring Debit Card Userflow<br>Userflow.Co | 86804860006262627954086 |
| 03/28 | 320.04 | 7954 Recurring Debit Card Nextiva*Voip Service<br>800-9834289 Az | 71655860006262627954087 |
| 03/28 | 149.00 | 7954 Recurring Debit Card Accessibe.Com<br>Accessibe.C NY | 71654860006262627954087 |
| 03/31 | 1,900.09 | 7954 Recurring Debit Card Twilio Inc<br>Twilio.Co | 94862860006262627954089 |
| 03/31 | 757.52 | 7954 Debit Card Purchase Chartered Professional<br>Winnipeg CD | 94866860006262627954089 |
| 03/31 | 96.00 | 7954 Recurring Debit Card Docker, Inc.<br>Docker.Com Ca | 94865860006262627954089 |
| 03/31 | 5,733.38 | 7954 Debit Card Purchase Google *Gsuite_icoreco<br>cc@google.c Ca | 94863860006262627954089 |
| 03/31 | 108.00 | 7954 Recurring Debit Card Vmo*Vimeo.Com<br>848-3595618 NY | 94860860006262627954089 |
| 03/31 | 220.00 | 7954 Recurring Debit Card Calendly<br>Calendly.Co | 94861860006262627954089 |
| 03/31 | 30.00 | 7954 Debit Card Purchase The UPS Store 5551<br>301-5264947 Fl | 00512860006262627954090 |
| 03/31 | 733.50 | 7954 Debit Card Purchase Zapier.Com/Charge<br>Zapier.Com Ca | 94864860006262627954089 |

Other Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC
PAYABLES ACCOUNT

**For the period**  03/01/2025 to 03/31/2025
Account number:  XX-XXXX-4845
Page 10 of 10

---

## Checks and Other Debits  *- continued*

**Other Debits**   *- continued*                    **122 transactions for a total of $97,804.64**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 03/31 | 353.91 | 7954 Debit Card Purchase Adobe  408-5366000 Ca | 00510860062627954090 |
| 03/31 | 14.99 | 7954 Recurring Debit Card Adobe  408-5366000 Ca | 00509860062627954090 |
| 03/31 | 229.98 | 7954 Recurring Debit Card Spectrum  855-7077328 | 00511860062627954090 |
| 03/31 | 22.73 | Intl Purch & Adv Fee  Vis 0328          CD | 94867860062627954089 |
| 03/31 | 370.69 | Corporate Account Analysis Charge | 0000000000000010359 |

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**    04/01/2025  to  04/30/2025
Account number:  XX-XXXX-4845

## Checks and Other Debits

### ACH Debits

**34 transactions for a total of $343,481.21**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/01 | 853.02 | Corporate ACH Prem-Pymt CNA ACH 3040503926 | 00025090906981170 |
| 04/04 | 31,985.51 | ACH Settlement Payments Icoreconnectp | 00025094910993672 |
| 04/04 | 27,000.00 | Corporate ACH 441781 Agile Capital Fu | 00025093905700409 |
| 04/07 | 21,450.00 | ACH Settlement Payments Icoreconnectp | 00025097906802671 |
| 04/08 | 6,000.00 | ACH Settlement Payments Icoreconnectp | 00025098911015861 |
| 04/09 | 25,691.80 | ACH Settlement Payments Icoreconnectp | 00025099905895914 |
| 04/11 | 27,000.00 | Corporate ACH 441781 Agile Capital Fu | 00025100908871958 |
| 04/11 | 25,873.51 | Corporate ACH E-Check Corp E Corp 1254523206 | 00025100906571554 |
| 04/11 | 791.41 | ACH Debit Billpay Lease Services Osg ACH CC | 00025101909927505 |
| 04/14 | 41,480.90 | ACH Settlement Payments Icoreconnectp | 00025104910200024 |
| 04/14 | 4,393.92 | Corporate ACH DD Webfile Tax Pymt 902/78808899 | 00025101913292923 |
| 04/14 | 4,353.22 | Corporate ACH DD Webfile Tax Pymt 902/78809097 | 00025101913292927 |
| 04/14 | 4,326.46 | Corporate ACH DD Webfile Tax Pymt 902/78809060 | 00025101913292926 |
| 04/14 | 4,292.23 | Corporate ACH DD Webfile Tax Pymt 902/78808989 | 00025101913292924 |
| 04/14 | 4,144.80 | Corporate ACH DD Webfile Tax Pymt 902/78809178 | 00025101913292928 |
| 04/14 | 3,624.14 | Corporate ACH DD Webfile Tax Pymt 902/78809221 | 00025101913292925 |

ACH Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**   04/01/2025  to  04/30/2025
Account number:  XX-XXXX-4845
Page 3 of 10

## Checks and Other Debits - *continued*

### ACH Debits   - *continued*                34 transactions for a total of $343,481.21

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/16 | 12,777.50 | ACH Settlement Payments Icoreconnectp | 00025106910620017 |
| 04/16 | 5,627.89 | ACH Settlement Payments Icoreconnectp | 00025106910620016 |
| 04/16 | 1,600.00 | Corporate ACH Payments<br>Franchise Tax Bo 117989063 | 00025105904280650 |
| 04/16 | 50.00 | Corporate ACH Ccddir.Dbt<br>Az Dept Of Rev 862462502 | 00025105904331629 |
| 04/16 | 4.50 | Corporate ACH DD Webfile Tax Pymt<br>902/78845740 | 00025105904338460 |
| 04/16 | 4.50 | Corporate ACH DD Webfile Tax Pymt<br>902/78845621 | 00025105904338461 |
| 04/16 | 4.50 | Corporate ACH DD Webfile Tax Pymt<br>902/78845547 | 00025105904338462 |
| 04/16 | 4.50 | Corporate ACH DD Webfile Tax Pymt<br>902/78845679 | 00025105904338463 |
| 04/16 | 912.00 | Corporate ACH Ma Dor Pay<br>Comm Of Mass EFT 893589536 | 00025106906736589 |
| 04/17 | 200.00 | Corporate ACH Tax Pymt<br>NC Dept Revenue 043000099936384 | 00025106808358463 |
| 04/17 | 100.00 | Corporate ACH Tn Tap<br>Tn State Revenue 1323663744 | 00025106906820216 |
| 04/18 | 27,000.00 | Corporate ACH 441781 Agile Capital Fu | 00025107903658648 |
| 04/21 | 3,593.69 | Corporate ACH DD Webfile Tax Pymt<br>902/78913509 | 00025111908508223 |
| 04/23 | 2,746.77 | Corporate ACH Payments<br>Verizon Wireless 032271205300001 | 00025112904767865 |
| 04/24 | 2,009.75 | Corporate ACH DD Webfile Tax Pymt<br>902/79042630 | 00025113911811256 |
| 04/25 | 27,000.00 | Corporate ACH 441781 Agile Capital Fu | 00025114905664738 |
| 04/30 | 25,731.91 | ACH Settlement Payments Icoreconnectp | 00025120906369762 |
| 04/30 | 852.78 | Corporate ACH Prem-Pymt CNA ACH<br>3040503926 | 00025119907506920 |

### Funds Transfers Out                15 transactions for a total of $1,164,749.90

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 04/02 | 19,964.00 | Domestic Assist Wire Lending | 1800 Diagonal | W2542E464463F3BJJ |
| 04/03 | 15,000.00 | Domestic Assist Wire Technologies | Vajram | W2543I1947NYF4TZA |
| 04/03 | 2,530.00 | Domestic Assist Wire | Vaideeswaran | W2543I1947NYD3WNU |
| 04/03 | 80,804.58 | Domestic Assist Wire Resources | Coadvantage | WPA43E2120AQX2YI4 |
| 04/04 | 17,000.00 | Domestic Assist Wire Group | Marcum Advisory | W2544I4420NAF3XJS |
| 04/09 | 53,000.00 | Domestic Assist Wire | Nasdaq | W2549G2323JYD30VL |
| 04/10 | 40,000.00 | Domestic Assist Wire | Jeffrey Stellinga | WPA4AF5303CRX0CBT |
| 04/15 | 344,216.48 | Domestic Assist Wire Resources | Coadvantage | WPA4FF02256Z4257R |

Funds Transfers Out continued on next page

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**    04/01/2025  to  04/30/2025
Account number:  XX-XXXX-4845
Page 4 of 10

## Checks and Other Debits - *continued*

### Funds Transfers Out    *- continued*    15 transactions for a total of $1,164,749.90

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 04/16 | 34,552.00 | Domestic Assist Wire Lending | 1800 Diagonal | W254GD4455DLN2XGJ |
| 04/18 | 30,000.00 | Domestic Assist Wire Group | Marcum Advisory | W254IK000886N6GN3 |
| 04/23 | 48,052.50 | Domestic Assist Wire Insurance | Oakwood Risk | W254NH0714EFM3JS2 |
| 04/24 | 152,000.00 | Domestic Assist Wire Group | Marcum Advisory | W254OK121653M14AG |
| 04/25 | 10,400.00 | Domestic Assist Wire Advocat | Ap   Partners, | W254PI3957L4M368R |
| 04/30 | 77,250.00 | Domestic Assist Wire Group | Marcum Advisory | W254U50129G8O1M4K |
| 04/30 | 239,980.34 | Domestic Assist Wire Resources | Coadvantage | WPA4U10131DN326ML |

### Other Debits    129 transactions for a total of $75,320.95

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/01 | 1,195.81 | 7954 Recurring Debit Card Ringcentral Inc. 888-8984591 Ca | 14381860062627954091 |
| 04/01 | 97.42 | 7954 Recurring Debit Card Mezmo.Com Mezmo.Com | 14380860062627954091 |
| 04/01 | 96.00 | POS Purchase Google *Gsuite Mountain Vie Ca | POS64930886  0123363 |
| 04/02 | 369.00 | 7954 Recurring Debit Card Claim MD Inc Rob@claim.M NM | 42170860062627954092 |
| 04/02 | 116.10 | 7954 Recurring Debit Card Google *Gsuite_verifi cc@google.c Ca | 42167860062627954092 |
| 04/02 | 320.20 | 7954 Recurring Debit Card Google Gsuite_icoreco 650-2530000 Ca | 42168860062627954092 |
| 04/02 | 99.00 | 7954 Recurring Debit Card Intuit *Qbooks Online Cl.Intuit.C Ca | 42166860062627954092 |
| 04/02 | 14.74 | 7954 Recurring Debit Card Google *Cloud Wc58Nr g.co/helppa Ca | 42165860062627954092 |
| 04/02 | 116.10 | 7954 Recurring Debit Card Sinch Mailgun Mailgun.Com Tx | 42163860062627954092 |
| 04/02 | .01 | 7954 Debit Card Purchase Amazon web services aws.amazon. Wa | 42169860062627954092 |
| 04/02 | 40.00 | 7954 Recurring Debit Card Dealstream Pro Dealstream. Ma | 42164860062627954092 |
| 04/02 | 6.59 | 7957 Recurring Debit Card Otter.Ai  Otter.Ai Ca | 17179860002887957092 |
| 04/03 | 25.00 | Overdraft Item Fee | 42170860062627954092 |
| 04/03 | 25.00 | Overdraft Item Fee | W2542E464463F3BJJ |

Other Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period    04/01/2025  to  04/30/2025**
Account number:  XX-XXXX-4845
Page 5 of 10

---

## Checks and Other Debits - *continued*

### Other Debits   - *continued*

**129 transactions for a total of $75,320.95**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/03 | 899.00 | 7954 Debit Card Purchase Equisolve Ir Pr Web<br>954-3906060 Fl | 27309860062627954093 |
| 04/03 | 38.25 | 7954 Debit Card Purchase Amazon.com*519Ra8Mm3<br>Amzn.com/bi Wa | 27310860062627954093 |
| 04/03 | 670.42 | 7954 Debit Card Purchase Dentalxchange.Com<br>877-9322567 Ca | 27306860062627954093 |
| 04/03 | 550.00 | 7954 Recurring Debit Card Wave - *Tau Dental Co<br>215-2922100 Fl | 27311860062627954093 |
| 04/03 | 499.00 | 7954 Recurring Debit Card Cardpointe Shop<br>King Of Pru PA | 27308860062627954093 |
| 04/03 | 99.00 | 7954 Recurring Debit Card Intuit *Qbooks Online<br>Cl.Intuit.C Ca | 27307860062627954093 |
| 04/04 | 96.00 | 7954 Recurring Debit Card Smartsheet Inc.<br>Smartsheet. Wa | 77846860062627954094 |
| 04/04 | 50.00 | 7954 Recurring Debit Card Retool<br>Retool.Com | 77848860062627954094 |
| 04/04 | 121.80 | 7954 Recurring Debit Card Atlassian Atlassian. | 77847860062627954094 |
| 04/07 | 661.98 | 7957 Debit Card Purchase Spirit Airl 4870430399<br>800-7727117 Fl | 33236860002887957096 |
| 04/07 | 806.98 | 7957 Debit Card Purchase Spirit Airl 4870430403<br>800-7727117 Fl | 33237860002887957096 |
| 04/07 | 41.57 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 72320860062627954096 |
| 04/07 | 34.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 72319860062627954096 |
| 04/07 | 34.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 72324860062627954096 |
| 04/07 | 34.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 72328860062627954096 |
| 04/07 | 34.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 72331860062627954096 |
| 04/07 | 100.21 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 72327860062627954096 |
| 04/07 | 35.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 72325860062627954096 |
| 04/07 | 42.64 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 72322860062627954096 |
| 04/07 | 39.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 72326860062627954096 |
| 04/07 | 41.34 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 72329860062627954096 |

*Other Debits continued on next page*

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period    04/01/2025  to  04/30/2025**
Account number:  XX-XXXX-4845
Page 6 of 10

## Checks and Other Debits - *continued*

**Other Debits**   - *continued*                    **129 transactions for a total of $75,320.95**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/07 | 42.64 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 7232186006262795409 |
| 04/07 | 4,470.73 | 7954 Debit Card Purchase Velox Data Co. Veloxdata.C Tx | 7231786006262795409 |
| 04/07 | 45.16 | 7954 Recurring Debit Card Dnh*Godaddy#368757107 480-5058855 Az | 7233086006262795409 |
| 04/07 | 9,875.00 | 7954 Debit Card Purchase In *Bluleadz, Inc. 727-2147688 Fl | 7232386006262795409 |
| 04/07 | 53.50 | 7954 Debit Card Purchase Amazon Mktpl*0U7Jy1Sj3 Amzn.com/bi Wa | 2921786006262795409 |
| 04/07 | 62.50 | 7954 Recurring Debit Card Microsoft#G085549580 Msbill.Info Wa | 7231886006262795409 |
| 04/07 | 4,127.74 | 7954 Debit Card Purchase Amazon web services aws.amazon. Wa | 2921686006262795409 |
| 04/08 | 235.00 | 7954 Recurring Debit Card Intuit *Qbooks Online Cl.Intuit.C Ca | 4490786006262795409 |
| 04/08 | 77.85 | 7954 Recurring Debit Card Www.Splashtop.Com Www.Splasht Ca | 4490686006262795409 |
| 04/08 | 30.00 | 7954 Recurring Debit Card Msft * E0200Vlda9 Msbill.Info Wa | 4490586006262795409 |
| 04/08 | 29.97 | 7954 Recurring Debit Card Msft * E0200Vlicz Msbill.Info Wa | 4490486006262795409 |
| 04/08 | 6.00 | N0408 7954 Payment Msft * E0800Vw Msbill.Info  Wa | POS02028181  0160115 |
| 04/08 | 4.00 | N0408 7954 Payment Msft * E0800Vw Msbill.Info  Wa | POS02028181  0160114 |
| 04/08 | 460.00 | 7954 Debit Card Purchase Msft * E0800Vwowg Microsoft.C Wa | 4490386006262795409 |
| 04/08 | 75.00 | N0408 7954 Payment Msft * E0800Vw Msbill.Info  Wa | POS02028181  0160116 |
| 04/09 | 2,500.00 | 7954 Debit Card Purchase Michigan Dental Associ 800-5892632 Mi | 0619186006262795409 |
| 04/09 | 409.00 | 7954 Debit Card Purchase Newmediawire Icoreconn Newmediawir Ca | 0618886006262795409 |
| 04/09 | 7,031.54 | 7954 Debit Card Purchase Amazon web services aws.amazon. Wa | 0619286006262795409 |
| 04/09 | 19.00 | 7954 Recurring Debit Card Chatbase Toronto CD | 0618986006262795409 |

Other Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period** 04/01/2025 to 04/30/2025
Account number: XX-XXXX-4845
Page 7 of 10

---

## Checks and Other Debits - *continued*

### Other Debits - *continued*

**129 transactions for a total of $75,320.95**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/09 | 360.00 | 7957 Recurring Debit Card Otter.Ai  Otter.Ai Ca | 85354860002887957099 |
| 04/09 | .57 | Intl Purch & Adv Fee  Vis 0408          CD | 06190860062627954099 |
| 04/10 | 150.00 | 7954 Debit Card Purchase Nic*-Dos Division Of C<br>Tpereq@tyle Fl | 12570860062627954100 |
| 04/10 | 207.87 | 7954 Debit Card Purchase Zoom.Com 888-799-966<br>San Jose Ca | 12571860062627954100 |
| 04/11 | 137.49 | 7954 Recurring Debit Card Appointy.Com<br>Www.Appoint De | 05859860062627954101 |
| 04/11 | 457.00 | 7954 Debit Card Purchase Convention & Show Serv<br>313-3865555 Mi | 05862860062627954101 |
| 04/11 | 677.66 | 7954 Debit Card Purchase Datadog, Inc.<br>866-3294466 NY | 05860860062627954101 |
| 04/11 | 625.40 | 7954 Debit Card Purchase Pinnacle Live<br>312-5000063 Il | 05861860062627954101 |
| 04/14 | 140.00 | 7954 Debit Card Purchase Sp Cholitos Coffee<br>Cholitoscof Fl | 15261860062627954103 |
| 04/14 | 227.35 | 7954 Recurring Debit Card Dnh*Godaddy#364248784<br>480-5058855 Az | 15266860062627954103 |
| 04/14 | 428.96 | 7954 Debit Card Purchase American Air0012231014<br>Fort Worth  Tx | 15262860062627954103 |
| 04/14 | 897.67 | 7954 Recurring Debit Card Microsoft#G086019788<br>Msbill.Info Wa | 15264860062627954103 |
| 04/14 | 4,834.27 | 7954 Recurring Debit Card Microsoft#G086008213<br>Msbill.Info Wa | 15263860062627954103 |
| 04/14 | 7.03 | 7954 Debit Card Purchase Dnh*Godaddy#3701023794<br>https://www Az | 15265860062627954103 |
| 04/14 | 18.99 | 7954 Recurring Debit Card Ccsi Efax  323-817320 | 41294860062627954104 |
| 04/14 | 18.99 | 7954 Recurring Debit Card Ccsi Efax  323-817320 | 41295860062627954104 |
| 04/14 | 52.80 | 7954 Recurring Debit Card Atlassian Atlassian. | 41293860062627954104 |
| 04/15 | 75.95 | 7954 Recurring Debit Card Www.Splashtop.Com<br>Www.Splasht Ca | 72326860062627954105 |
| 04/15 | 654.90 | 7954 Debit Card Purchase The Shipping Center<br>407-6142446 Fl | 72325860062627954105 |
| 04/15 | 60.00 | 7954 Recurring Debit Card Loom Subscription<br>Loom.Com Ca | 72324860062627954105 |

Other Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**   04/01/2025 to 04/30/2025
Account number:  XX-XXXX-4845
Page 8 of 10

---

## Checks and Other Debits - *continued*

### Other Debits  - *continued*

**129 transactions for a total of $75,320.95**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/16 | 500.01 | 7954 Recurring Debit Card Twilio Bzszkn4K97Tvmv<br>844-8144627 Ca | 36372860062627954106 |
| 04/16 | 645.51 | 7954 Debit Card Purchase Sangoma US Inc<br>941-8889142 Fl | 36371860062627954106 |
| 04/16 | 1,106.00 | 7954 Debit Card Purchase Henry Schein One, Llc<br>801-7639300 Ut | 36370860062627954106 |
| 04/16 | 151.35 | 7954 Recurring Debit Card Www.Splashtop.Com<br>Www.Splasht Ca | 36369860062627954106 |
| 04/17 | 25.00 | Overdraft Item Fee | 00025106910620017 |
| 04/17 | 25.00 | Overdraft Item Fee | 00025106906736589 |
| 04/17 | 150.00 | 7954 Debit Card Purchase Convention & Show Serv<br>313-3865555 Mi | 33625860062627954107 |
| 04/18 | 94.99 | 7954 Debit Card Purchase Zoom.Com 888-799-966<br>San Jose Ca | 67327860062627954108 |
| 04/21 | 70.00 | 7954 Recurring Debit Card Monday.Com Www.Url.C | 03991860062627954110 |
| 04/21 | 4.49 | 7954 Recurring Debit Card Signature Hound<br>Kingston Au | 03989860062627954110 |
| 04/21 | 20.00 | 7954 Recurring Debit Card Atlassian Atlassian. | 02197860062627954111 |
| 04/21 | .13 | Intl Purch & Adv Fee   Vis 0419           Au | 03990860062627954110 |
| 04/22 | 3,128.00 | 7954 Debit Card Purchase De* Discount Edgar<br>Www.Discoun NY | 85341860062627954112 |
| 04/22 | 75.00 | 7954 Debit Card Purchase De* Discount Edgar<br>Www.Discoun NY | 85342860062627954112 |
| 04/22 | 300.00 | 7954 Recurring Debit Card Userflow Userflow.Co | 85340860062627954112 |
| 04/22 | 299.00 | 7954 Recurring Debit Card Rb2B Pro Www.Rb2B.Co | 85339860062627954112 |
| 04/22 | 2,665.00 | 7954 Debit Card Purchase Henry Schein One, Llc<br>801-7639300 Ut | 85346860062627954112 |
| 04/22 | 52.47 | 7954 Debit Card Purchase Amazon Mktpl*X34Zx9Ci3<br>Amzn.com/bi Wa | 85345860062627954112 |
| 04/22 | 625.00 | 7954 Debit Card Purchase Henry Schein One, Llc<br>801-7639300 Ut | 85347860062627954112 |
| 04/22 | 1.00 | 7954 Debit Card Purchase Texas Secretary Of Sta<br>512-4635601 Tx | 85344860062627954112 |
| 04/22 | 400.00 | 7954 Recurring Debit Card Zoho* Zoho-Desk<br>Www.Zoho.Co Ca | 85343860062627954112 |

Other Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period   04/01/2025  to  04/30/2025**
Account number:  XX-XXXX-4845
Page 9 of 10

---

## Checks and Other Debits - *continued*

### Other Debits   - *continued*

**129 transactions for a total of $75,320.95**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/22 | 29.00 | N0422 7954 Payment Msft * E0100W1<br>Bill.Ms.Net  Wa | POS02028181  0160051 |
| 04/23 | 19.03 | 7954 Debit Card Purchase<br>Amazon.com*Sy4Mc50Q3<br>Amzn.com/bi Wa | 19155860062627954113 |
| 04/23 | 30.61 | 7954 Debit Card Purchase<br>4Overinternationalllc<br>818-2461170 Ca | 19156860062627954113 |
| 04/23 | 38.25 | 7954 Debit Card Purchase<br>Amazon.com*P74Du6Dx3<br>Amzn.com/bi Wa | 19154860062627954113 |
| 04/23 | 3,000.00 | 7954 Debit Card Purchase Availity  904-4704900 | 19153860062627954113 |
| 04/23 | 88.49 | 7954 Recurring Debit Card Email<br>Help@cloudhq.NE<br>Cloudhq.Net Ca | 19152860062627954113 |
| 04/23 | 41.49 | N0423 7954 Payment Msft * E0100W0<br>Bill.Ms.Net  Wa | POS02028181  0161140 |
| 04/23 | 1,710.19 | N0423 7954 Payment Msft * E0100W1<br>Bill.Ms.Net  Wa | POS02028181  0161141 |
| 04/24 | 50.00 | 7954 Debit Card Purchase Nic*-Dos Division Of C<br>Tpereq@tyle Fl | 24505860062627954114 |
| 04/24 | 117.75 | 7954 Debit Card Purchase Corporation Service Co<br>866-4035272 De | 24507860062627954114 |
| 04/24 | 75.00 | 7954 Recurring Debit Card Your Answering Servic<br>Paytrustnow VA | 24506860062627954114 |
| 04/24 | 45.00 | 7954 Debit Card Purchase American Air0014459129<br>Fort Worth  Tx | 24503860062627954114 |
| 04/24 | 35.00 | 7954 Debit Card Purchase American Air0014459129<br>Fort Worth  Tx | 24504860062627954114 |
| 04/25 | 1,900.61 | 7954 Recurring Debit Card Twilio Inc<br>Twilio.Co | 32592860062627954115 |
| 04/25 | 6,380.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 32593860062627954115 |
| 04/25 | 45.95 | 7954 Debit Card Purchase Solarwinds  866-530810 | 32594860062627954115 |
| 04/25 | 139.00 | 7954 Recurring Debit Card Betterteam.Com<br>Betterteam. De | 32591860062627954115 |
| 04/28 | 463.98 | 7954 Debit Card Purchase Doubletree Hotels<br>610-2969800 PA | 91111860062627954118 |
| 04/28 | 235.00 | 7954 Recurring Debit Card Intuit *Qbooks Online<br>Ci.Intuit.C Ca | 00008860062627954117 |

Other Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**   04/01/2025  to  04/30/2025
Account number:   XX-XXXX-4845
Page 10 of 10

---

## Checks and Other Debits - *continued*

**Other Debits**   *- continued*          **129 transactions for a total of $75,320.95**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 04/28 | 41.38 | 7954 Recurring Debit Card Github, Inc. <br> Github.Com  Ca | 00005860062627954117 |
| 04/28 | 75.00 | 7954 Recurring Debit Card Archbee.Com <br> Archbee.Com De | 00006860062627954117 |
| 04/28 | 321.59 | 7954 Recurring Debit Card Nextiva*Voip Service <br> 800-9834289 Az | 00009860062627954117 |
| 04/28 | 733.50 | 7954 Debit Card Purchase Zapier.Com/Charge <br> Zapier.Com  Ca | 00007860062627954117 |
| 04/29 | 10.00 | 7954 Recurring Debit Card Ccsi Efax  323-817320 | 04865860062627954119 |
| 04/29 | 96.00 | 7954 Recurring Debit Card Docker, Inc. <br> Docker.Com  Ca | 04863860062627954119 |
| 04/29 | 149.00 | 7954 Recurring Debit Card Accessibe.Com <br> Accessibe.C NY | 04864860062627954119 |
| 04/29 | 353.91 | N0429 7954 Payment Adobe adobe.com Ca | POS00000025 0159873 |
| 04/29 | 14.99 | N0429 7954 Payment Adobe adobe.com Ca | POS00000025 0159874 |
| 04/30 | 43.00 | 7954 Debit Card Purchase Misk.Com  425-2304250 | 78308860062627954120 |
| 04/30 | 300.00 | 7954 Debit Card Purchase Ideals Idealsvdr.C VA | 78304860062627954120 |
| 04/30 | 300.00 | 7954 Debit Card Purchase Ideals Idealsvdr.C VA | 78305860062627954120 |
| 04/30 | 300.00 | 7954 Debit Card Purchase Ideals Idealsvdr.C VA | 78306860062627954120 |
| 04/30 | 220.00 | 7954 Recurring Debit Card Calendly Calendly.Co | 78307860062627954120 |
| 04/30 | 543.59 | Corporate Account Analysis Charge | 0000000000000010409 |

---

Member FDIC                    ⌂ Equal Housing Lender

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**    05/01/2025  to  05/31/2025
Account number:  XX-XXXX-4845
Page 2 of 9

## Checks and Other Debits

### Checks and Substitute Checks                     1 transaction for a total of $22,049.26

| Date posted | Check number | Amount | Reference number |
|---|---|---|---|
| 05/27 | 3211 | 22,049.26 | 012205615 |

### ACH Debits                     19 transactions for a total of $284,773.09

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 20,000.00 | ACH Settlement Payments Icoreconnectp | 00025121911594451 |
| 05/02 | 47,900.00 | ACH Settlement Payments Icoreconnectp | 00025122906247226 |
| 05/02 | 2,918.75 | ACH Settlement Payments Icoreconnectp | 00025122906247297 |
| 05/02 | 27,000.00 | Corporate ACH 441781 Agile Capital Fu | 00025122901629082 |
| 05/05 | 3,550.00 | Corporate ACH J2512 Ooff<br>Bhavsar Law Grou Cz10000Ehuyqc | 00025125907601686 |
| 05/07 | 1,000.00 | ACH Settlement Payments Icoreconnectp | 00025127911694981 |
| 05/09 | 27,000.00 | Corporate ACH 441781 Agile Capital Fu | 00025128904549999 |
| 05/12 | 791.41 | ACH Debit Billpay Lease Services Osg ACH CC | 00025132909611031 |
| 05/13 | 15,824.68 | Corporate ACH Insurance<br>First Insurance 900-103926366 | 00025132911607052 |
| 05/14 | 5,000.00 | Corporate ACH Bill.Com<br>Superbill, Inc. 015lkqbpykhlgbh | 00025133907258817 |

ACH Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**   05/01/2025  to  05/31/2025
Account number:   XX-XXXX-4845
Page 3 of 9

---

## Checks and Other Debits - *continued*

### ACH Debits   - *continued*

**19 transactions for a total of $284,773.09**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/16 | 27,000.00 | Corporate ACH 441781 Agile Capital Fu | 0002513590735748 |
| 05/19 | 5,214.78 | ACH Settlement Payments Icoreconnectp | 00025139908620367 |
| 05/21 | 1,000.00 | ACH Settlement Payments Icoreconnectp | 00025141907295119 |
| 05/22 | 1,763.74 | ACH Settlement Payments Icoreconnectp | 00025142911212873 |
| 05/22 | 21,000.00 | Corporate ACH Icoreconne Orcacap 946 | 00025141903523549 |
| 05/23 | 27,000.00 | Corporate ACH 441781 Agile Capital Fu | 00025142910337099 |
| 05/23 | 2,809.73 | Corporate ACH Payments<br>Verizon Wireless 032271205300001 | 00025142907847387 |
| 05/29 | 21,000.00 | Corporate ACH Icoreconne Orcacap 946 | 00025148904298894 |
| 05/30 | 27,000.00 | Corporate ACH 441781 Agile Capital Fu | 00025149912380205 |

### Funds Transfers Out

**18 transactions for a total of $1,057,996.65**

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 05/05 | 2,530.00 | Domestic Assist Wire | Vaideeswaran | W2555K3227NRM4NL4 |
| 05/05 | 14,030.00 | Domestic Assist Wire Technologies | Vajram | W2555K3227OSN6PYD |
| 05/06 | 87,550.00 | Domestic Assist Wire Group | Marcum Advisory | W2556F43046FS1QX5 |
| 05/07 | 150,010.00 | Domestic Assist Wire Group, P.C | Tamposi Law | W2557H3656FKY3I05 |
| 05/09 | 9,000.00 | Domestic Assist Wire Exchang | Securities and | W2559B1646RJZ534T |
| 05/09 | 49,955.00 | Domestic Assist Wire Group | Marcum Advisory | W2559F2528ND10LBL |
| 05/09 | 10,000.00 | Domestic Assist Wire Sc | Ellenoff Grossman & | WPA59D4110P45120W |
| 05/14 | 22,618.00 | Online Transfer To | 0000001224532027 | ICORECONNECT00054553 |
| 05/15 | 100,000.00 | Domestic Assist Wire Resources | Coadvantage | WPA5FF30572ZG0FMQ |
| 05/16 | 100,000.00 | Domestic Assist Wire Resources | Coadvantage | WPA5GA2814DZF1155 |
| 05/19 | 115,000.00 | Domestic Assist Wire Group | Marcum Advisory | W255J50110ADB1WS4 |
| 05/19 | 34,552.00 | Domestic Assist Wire Lending | 1800 Diagonal | W255JH4945QZD24QH |
| 05/19 | 138,906.00 | Domestic Assist Wire Resources | Coadvantage | WPA5JD504954E4ATX |
| 05/21 | 8,785.65 | Domestic Assist Wire & | Nelson Mullins Riley | W255LJ1026BSC3UJ5 |
| 05/21 | 50,030.00 | Domestic Assist Wire | Jeffrey Stellinga | WPA5LF1026IOE0BV9 |
| 05/22 | 35,030.00 | Domestic Assist Wire Inc | Charles Schwab Co. | WPA5MD48533NE1U9E |
| 05/28 | 30,000.00 | Domestic Assist Wire Group | Marcum Advisory | W255SJ4453KDD62SB |
| 05/29 | 100,000.00 | Domestic Assist Wire Group | Marcum Advisory | W255T50059AMC2YE1 |

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**   05/01/2025  to  05/31/2025
Account number:  XX-XXXX-4845
Page 4 of 9

## Checks and Other Debits - *continued*

### Other Debits

**128 transactions for a total of $88,246.90**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 84.10 | 7954 Debit Card Purchase Efx Info Services Llc<br>404-8858000 Ga | 92374860062627954121 |
| 05/01 | 55.10 | 7954 Debit Card Purchase Efx Info Services Llc<br>404-8858000 Ga | 92375860062627954121 |
| 05/01 | 205.90 | 7954 Debit Card Purchase Efx Info Services Llc<br>404-8858000 Ga | 92373860062627954121 |
| 05/01 | 3,000.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 92369860062627954121 |
| 05/01 | 6,320.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 92368860062627954121 |
| 05/01 | 747.24 | 7954 Recurring Debit Card Ringcentral Inc.<br>888-8984591 Ca | 92371860062627954121 |
| 05/01 | 499.00 | 7954 Recurring Debit Card Cardpointe Shop<br>King Of Pru PA | 92377860062627954121 |
| 05/01 | 625.00 | 7954 Debit Card Purchase Henry Schein One, Llc<br>801-7639300 Ut | 92376860062627954121 |
| 05/01 | 229.98 | 7954 Recurring Debit Card Spectrum  855-7077328 | 92372860062627954121 |
| 05/01 | 388.00 | 7954 Debit Card Purchase Convention & Show Serv<br>313-3865555 Mi | 92370860062627954121 |
| 05/01 | 77.99 | 7954 Recurring Debit Card Mezmo.Com Mezmo.Com | 92367860062627954121 |
| 05/01 | 105.20 | POS Purchase Google *Gsuite Mountain Vie Ca | POS64930886  0159721 |
| 05/02 | 14.36 | 7954 Debit Card Purchase Qdoba 1829 Cocoee Fl | 50789860062627954122 |
| 05/02 | 50.00 | 7954 Recurring Debit Card Claim MD Inc<br>Rob@claim.M NM | 50787860062627954122 |
| 05/02 | 3,378.32 | 7954 Recurring Debit Card Google Gsuite_icoreco<br>650-2530000 Ca | 50786860062627954122 |
| 05/02 | 116.64 | 7954 Recurring Debit Card Google Gsuite_verifid<br>650-2530000 Ca | 50785860062627954122 |
| 05/02 | 499.00 | 7954 Recurring Debit Card Cardpointe Shop<br>King Of Pru PA | 50790860062627954122 |
| 05/02 | 99.00 | 7954 Recurring Debit Card Intuit *Qbooks Online<br>Cl.Intuit.C Ca | 50788860062627954122 |
| 05/02 | 10.23 | 7954 Recurring Debit Card Google Cloud Kvvwzj<br>650-2530000 Ca | 50784860062627954122 |
| 05/02 | 106.78 | 7954 Recurring Debit Card Sinch Mailgun<br>Mailgun.Com Tx | 50782860062627954122 |

Other Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**    05/01/2025  to  05/31/2025
Account number:  XX-XXXX-4845
Page 5 of 9

## Checks and Other Debits - *continued*

**Other Debits**    - *continued*    **128 transactions for a total of $88,246.90**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/02 | 40.00 | 7954 Recurring Debit Card Dealstream Pro<br>Dealstream. Ma | 50783860062627954122 |
| 05/05 | 899.00 | 7954 Debit Card Purchase Equisolve Ir Pr Web<br>954-3906060 Fl | 71465860062627954124 |
| 05/05 | 616.90 | 7954 Debit Card Purchase Dentalxchange.Com<br>877-9322567 Ca | 71449860062627954124 |
| 05/05 | 926.96 | 7954 Debit Card Purchase Southwes  800-4359792 | 71460860062627954124 |
| 05/05 | 63.00 | 7954 Debit Card Purchase Swa*Earlybrd5264275558<br>800-4359792 Tx | 71461860062627954124 |
| 05/05 | 6,300.00 | 7954 Recurring Debit Card Open Dental Software<br>866-2390469 Or | 71456860062627954124 |
| 05/05 | 616.90 | 7954 Debit Card Purchase Dentalxchange.Com<br>877-9322567 Ca | 71450860062627954124 |
| 05/05 | 200.00 | 7954 Recurring Debit Card Twilio Inc Twilio.Co | 71454860062627954124 |
| 05/05 | 15.20 | 7954 Debit Card Purchase 4Overinternationalllc<br>818-2461170 Ca | 71462860062627954124 |
| 05/05 | 500.00 | 7954 Recurring Debit Card Twilio Inc Twilio.Co | 71453860062627954124 |
| 05/05 | 297.85 | 7954 Debit Card Purchase Mohegan Sun Hotel<br>8608621500 Ct | 71458860062627954124 |
| 05/05 | .01 | 7954 Debit Card Purchase Amazon web services<br>aws.amazon. Wa | 71463860062627954124 |
| 05/05 | 1,710.00 | 7954 Debit Card Purchase MCI USA  410-5841900 M | 71457860062627954124 |
| 05/05 | 1,508.53 | 7954 Debit Card Purchase Freeman Corporate, Llc<br>Https://Www Tx | 71455860062627954124 |
| 05/05 | 33.11 | 7954 Debit Card Purchase Tijuana Flats #257<br>Ocoee Fl | 71459860062627954124 |
| 05/05 | 30.00 | 7954 Debit Card Purchase Msft * E0200Vw7Vp<br>Microsoft.C Wa | 71448860062627954124 |
| 05/05 | 29.97 | N0503 7954 Payment Msft * E0200Vv<br>Msbill.Info Wa | POS02028181  0364270 |
| 05/05 | 235.00 | 7954 Recurring Debit Card Intuit *Qbooks Online<br>Cl.Intuit.C Ca | 71464860062627954124 |
| 05/05 | 96.00 | 7954 Recurring Debit Card Smartsheet Inc.<br>Smartsheet. Wa | 71452860062627954124 |

Other Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**    05/01/2025  to  05/31/2025
Account number:  XX-XXXX-4845
Page 6 of 9

## Checks and Other Debits - *continued*

**Other Debits**    - *continued*                    **128 transactions for a total of $88,246.90**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/05 | 50.00 | 7954 Recurring Debit Card Retool Retool.Com | 7145186006262795 4124 |
| 05/05 | 121.80 | 7954 Recurring Debit Card Atlassian Atlassian. | 8242986006262795 4125 |
| 05/05 | 50.00 | 7954 Recurring Debit Card Fastly Www.Fastly. C | 8243086006262795 4125 |
| 05/05 | 62.50 | 7954 Recurring Debit Card Microsoft#G090263698 Msbill.Info Wa | 8243186006262795 4125 |
| 05/06 | 9,875.00 | 7954 Debit Card Purchase In *Bluleadz, Inc. 727-2147688 Fl | 2970186006262795 4126 |
| 05/07 | 99.00 | 7954 Recurring Debit Card Intuit *Qbooks Online Cl.Intuit.C Ca | 6802886006262795 4127 |
| 05/07 | 10.00 | 7954 Recurring Debit Card Ccsi Efax  323-817320 | 6802786006262795 4127 |
| 05/08 | 3,000.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 0879986006262795 4128 |
| 05/08 | 6,340.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 0879886006262795 4128 |
| 05/08 | 6.00 | N0508 7954 Payment Msft * E0800W7 Msbill.Info  Wa | POS02028181  0160410 |
| 05/08 | 4.00 | N0508 7954 Payment Msft * E0800W7 Msbill.Info  Wa | POS02028181  0160411 |
| 05/08 | 460.00 | N0508 7954 Payment Msft * E0800W7 Msbill.Info  Wa | POS02028181  0160413 |
| 05/08 | 75.00 | N0508 7954 Payment Msft * E0800W7 Msbill.Info  Wa | POS02028181  0160412 |
| 05/09 | 1,903.97 | 7954 Recurring Debit Card Twilio Inc Twilio.Co | 8992386006262795 4129 |
| 05/09 | 24.16 | 7954 Debit Card Purchase Amazon Mktpl*Ni9Kc0Lb0 Amzn.com/bi Wa | 8992786006262795 4129 |
| 05/09 | 29.97 | 7954 Debit Card Purchase Tijuana Flats #257 Ocoee Fl | 8992686006262795 4129 |
| 05/09 | 19.00 | 7954 Recurring Debit Card Chatbase Toronto CD | 8992486006262795 4129 |
| 05/09 | 238.37 | 7957 Recurring Debit Card Otter.Ai  Otter.Ai Ca | 6884086000288795 7129 |
| 05/09 | 207.87 | N0509 7954 Payment Zoom.US 888-79 zoom.us/ Ca | POS00167546  0141340 |
| 05/09 | .57 | Intl Purch & Adv Fee  Vis 0508          CD | 8992586006262795 4129 |
| 05/12 | 579.86 | 7954 Debit Card Purchase Marriott S Antonio Rvr 866-4357627 Tx | 0981586006262795 4131 |
| 05/12 | 42.64 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 0980486006262795 4131 |

*Other Debits continued on next page*

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**   05/01/2025  to  05/31/2025
Account number:  XX-XXXX-4845
Page 7 of 9

---

## Checks and Other Debits - *continued*

### Other Debits   - *continued*

**128 transactions for a total of $88,246.90**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/12 | 41.57 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 0980586006262795413I |
| 05/12 | 34.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 0980786006262795413I |
| 05/12 | 34.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 0980886006262795413I |
| 05/12 | 34.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 0981286006262795413I |
| 05/12 | 37.31 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 0980986006262795413I |
| 05/12 | 35.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 0980686006262795413I |
| 05/12 | 42.64 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 0981086006262795413I |
| 05/12 | 93.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 0981486006262795413I |
| 05/12 | 39.00 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 0981186006262795413I |
| 05/12 | 41.34 | 7954 Debit Card Purchase Vyne Dental  800-78251 | 0981386006262795413I |
| 05/12 | 42.05 | 7954 Debit Card Purchase Amazon.com*Ni5Kh5J80 Amzn.com/bi Wa | 0981686006262795413I |
| 05/12 | 10.00 | 7954 Recurring Debit Card Ccsi Efax  323-817320 | 0981786006262795413I |
| 05/12 | 677.21 | 7954 Debit Card Purchase Datadog, Inc. 866-3294466 NY | 0980386006262795413I |
| 05/12 | 21.67 | 7954 Recurring Debit Card Zoho* Zoho-Desk Www.Zoho.Co Ca | 0980286006262795413I |
| 05/12 | 137.49 | 7954 Recurring Debit Card Appointy.Com Www.Appoint De | 0980186006262795413I |
| 05/12 | 450.29 | 7954 Recurring Debit Card Twilio Lf5Msmlg4Mg8L8 844-8144627 Ca | 3283386006262795413 2 |
| 05/13 | 4,679.26 | 7954 Recurring Debit Card Microsoft#G091598190 Msbill.Info Wa | 5865486006262795413 3 |
| 05/13 | 874.01 | 7954 Recurring Debit Card Microsoft#G091721423 Msbill.Info Wa | 5865386006262795413 3 |
| 05/13 | 151.57 | 7954 Recurring Debit Card Dnh*Godaddy#370342771 480-5058855 Az | 5865686006262795413 3 |
| 05/13 | 4,598.46 | 7954 Debit Card Purchase Velox Data Co. Veloxdata.C Tx | 5865286006262795413 3 |
| 05/13 | 4,039.40 | 7954 Debit Card Purchase Amazon web services aws.amazon. Wa | 5865586006262795413 3 |
| 05/14 | 15.00 | 7954 Debit Card Purchase Paypal *Investexcel 4029357733 Ca | 2105486006262795413 4 |

Other Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**   05/01/2025  to  05/31/2025
Account number:  XX-XXXX-4845
Page 8 of 9

---

## Checks and Other Debits - *continued*

### Other Debits   - *continued*

**128 transactions for a total of $88,246.90**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/14 | 4,102.60 | 7954 Debit Card Purchase Amazon web services<br>aws.amazon. Wa | 21058860062627954134 |
| 05/14 | 38.25 | 7954 Debit Card Purchase Amazon.com*Ni0Dm5Kw1<br>Amzn.com/bi Wa | 21057860062627954134 |
| 05/14 | 18.99 | 7954 Recurring Debit Card Ccsi Efax  323-817320 | 21055860062627954134 |
| 05/14 | 18.99 | 7954 Recurring Debit Card Ccsi Efax  323-817320 | 21056860062627954134 |
| 05/14 | 52.80 | 7954 Recurring Debit Card Atlassian Atlassian. | 21053860062627954134 |
| 05/15 | 25.00 | Overdraft Item Fee | 21054860062627954134 |
| 05/15 | 25.00 | Overdraft Item Fee | 21058860062627954134 |
| 05/15 | 621.16 | 7954 Debit Card Purchase Sangoma US Inc<br>941-8889142 Fl | 25697860062627954135 |
| 05/16 | 79.00 | 7954 Debit Card Purchase Henry Schein One, Llc<br>801-7639300 Ut | 53733860062627954136 |
| 05/19 | 9.95 | 7954 Debit Card Purchase Mohegan Sun Hotel<br>8608621500  Ct | 90607860062627954138 |
| 05/19 | 15.00 | 7954 Recurring Debit Card Loom Subscription<br>Loom.Com Tx | 90606860062627954138 |
| 05/19 | 211.53 | 7954 Recurring Debit Card Dnh*Godaddy#375170128<br>480-5058855 Az | 11942860062627954139 |
| 05/19 | 41.38 | 7954 Recurring Debit Card Github, Inc.<br>Github.Com Ca | 11941860062627954139 |
| 05/19 | 409.00 | 7954 Debit Card Purchase Newmediawire Icoreconn<br>Newmediawir Ca | 11940860062627954139 |
| 05/20 | 4.49 | 7954 Recurring Debit Card Signature Hound<br>Kingston Au | 00799860062627954140 |
| 05/20 | .13 | Intl Purch & Adv Fee   Vis 0519            Au | 00800860062627954140 |
| 05/21 | 2,935.00 | 7954 Debit Card Purchase Henry Schein One, Llc<br>801-7639300 Ut | 86700860062627954141 |
| 05/21 | 20.00 | 7954 Recurring Debit Card Atlassian Atlassian. | 86699860062627954141 |
| 05/22 | 19.03 | 7954 Debit Card Purchase Amazon.com*Nn6Dw4L12<br>Amzn.com/bi Wa | 22973860062627954142 |
| 05/22 | 300.00 | 7954 Recurring Debit Card Userflow Userflow.Co | 22971860062627954142 |
| 05/22 | 235.00 | 7954 Recurring Debit Card Intuit *Qbooks Online<br>CI.Intuit.C Ca | 22974860062627954142 |

Other Debits continued on next page

# Corporate Business Account Statement

ICORECONNECT INC DBA
FG MERGER CORP

**For the period**    05/01/2025  to  05/31/2025
Account number:  XX-XXXX-4845
Page 9 of 9

---

## Checks and Other Debits - *continued*

### Other Debits  - *continued*

**128 transactions for a total of $88,246.90**

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/22 | 299.00 | 7954 Recurring Debit Card Rb2B Pro Www.Rb2B.Co | 22970860062627954142 |
| 05/22 | 450.00 | 7954 Recurring Debit Card Zoho* Zoho-Desk Www.Zoho.Co Ca | 22972860062627954142 |
| 05/23 | 104.95 | 7954 Recurring Debit Card Your Answering Servic Paytrustnow VA | 21284860062627954143 |
| 05/23 | 88.49 | 7954 Recurring Debit Card Email Help@cloudhq.NE Cloudhq.Net Ca | 21282860062627954143 |
| 05/23 | 16.26 | N0523 7954 Payment Msft * E0100Wb Bill.Ms.Net  Wa | POS02028181  0161676 |
| 05/23 | 5,643.37 | 7954 Recurring Debit Card Msft * E0100Wbsom Bill.Ms.Net Wa | 21283860062627954143 |
| 05/23 | 29.00 | N0523 7954 Payment Msft * E0100Wb Bill.Ms.Net  Wa | POS02028181  0161677 |
| 05/27 | 70.00 | 7954 Recurring Debit Card Monday.Com Www.Url.C | 39969860062627954145 |
| 05/27 | 45.95 | 7954 Debit Card Purchase Solarwinds  866-530810 | 39968860062627954145 |
| 05/27 | 139.00 | 7954 Recurring Debit Card Betterteam.Com Betterteam. De | 39967860062627954145 |
| 05/27 | 75.00 | 7954 Recurring Debit Card Archbee.Com Archbee.Com De | 25106860062627954146 |
| 05/27 | 321.59 | 7954 Recurring Debit Card Nextiva*Voip Service 800-9834289 Az | 05019860062627954147 |
| 05/27 | 733.50 | 7954 Debit Card Purchase Zapier.Com/Charge Zapier.Com  Ca | 05018860062627954147 |
| 05/28 | 25.00 | Overdraft Item Fee | 012205615 |
| 05/28 | 25.00 | Overdraft Item Fee | 39969860062627954145 |
| 05/29 | 25.00 | Overdraft Item Fee | W255SJ4453KDD62SB |
| 05/29 | 75.99 | 7954 Debit Card Purchase Amazon Mktpl*Nn7Mg91W1 Amzn.com/bi Wa | 34202860062627954149 |
| 05/29 | 96.00 | 7954 Recurring Debit Card Docker, Inc. Docker.Com  Ca | 34200860062627954149 |
| 05/29 | 149.00 | 7954 Recurring Debit Card Accessibe.Com Accessibe.C NY | 34201860062627954149 |
| 05/30 | 25.00 | Returned Item Fee (nsf) | 00025148904298894 |
| 05/30 | 25.00 | Overdraft Item Fee | 34200860062627954149 |
| 05/30 | 25.00 | Overdraft Item Fee | 34201860062627954149 |
| 05/30 | 25.00 | Overdraft Item Fee | W255T50059AMC2YE1 |
| 05/30 | 494.25 | Corporate Account Analysis Charge | 0000000000000010231 |

Member FDIC                    ⌂ Equal Housing Lender